# EXHIBIT 1

EXHIBIT 1 - PAGE 3

*CARMEN FULLER, et al vs.*
*WC ADMINISTRATION, LLC, et al*

---

*LAURENCE E. GIBBS*
*December 17, 2018*

---

ELLEN GRAUER
COURT REPORTING CO. LLC

126 East 56th Street, Fifth Floor New York, New York 10022
P: 212-750-6434 F: 212-750-1097
www.ellengrauer.com

*Original File 255572.TXT*

*Min-U-Script® with Word Index*

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

--------------------------------------------------x

CARMEN FULLER, an individual; LAURENCE GIBBS, an individual; MATTHEW LUTACK, an individual; BRENT QUICK, an individual; and JESSICA HUENBERG, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

-vs.-

TWC ADMINISTRATION, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 3:17-cv-01513-DMS-AGS

--------------------------------------------------x

1230 Columbia Street
San Diego, California

December 17, 2018
9:43 a.m.

VIDEOTAPED DEPOSITION OF LAURENCE E. GIBBS,

taken before Renée C. Roberts, CSR No. 6910.

ELLEN GRAUER COURT REPORTING CO., LLC
126 East 56th Street, Fifth Floor
New York, New York 10022
212-750-6434
REF: 255572

A P P E A R A N C E S:

THE MARKHAM LAW FIRM
For Plaintiffs:
750 B Street, Suite 1950
San Diego, California 92101
BY: MICHAEL MORPHEW
619.399.3995
mmorphew@markham-law.com

KABAT CHAPMAN & OZMER
For Defendants:
515 South Flower Street, 18th Floor
Los Angeles, California 90071
BY: J. SCOTT CARR
JOSEPH W. OZMER II
213.493.3980
scarr@kcozlaw.com
jozmer@jcozlaw.com

A P P E A R A N C E S: (Cont'd)

KABAT CHAPMAN & OZMER
For Defendants:
BY: SHAWNA M. MILLER
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
404.400.7300
smiller@kcozlaw.com

ALSO PRESENT:

MICHAEL DUARTE, VIDEOGRAPHER

were supposed to do, any other task you were assigned?

A. Go through e-mails. Excuse me. I think that was pretty much about it.

Q. Did you ever see any document from a supervisor, a manager or any Time Warner Cable document in writing --

A. Uh-huh.

Q. -- could be an e-mail even that said that agents are supposed to come in before the start of their shift to load their programs?

A. Not that I recall.

Q. Did you ever hear that agents were allowed to clock in 5 minutes before the start of their shift?

A. Say that again, please.

Q. Did you ever hear that agents were allowed to clock in 5 minutes before the start of the shift? For instance, when you work at 7:30, it would be okay for you to clock in at 7:25, to get your programs open --

A. No.

Q. -- so you'd be ready to go at 7:30. You never heard that?

A. No.

Q. Do you recall who the call center manager was when you were there?

A. No.

Q. Do you remember if there was more than one

A. Uh-huh.

Q. Are you talking about at 4:29, there was a call -- an escalation call and you'd have to take that call?

A. Right.

Q. And that would make you stay past 4:30?

A. Yes.

Q. But you'd still be on the clock then though, wouldn't you?

A. Yes.

Q. Okay. So that wouldn't -- well, you'd get overtime, say if you got on that call, you were there until 4:35 handling the call --

A. Uh-huh.

Q. -- that would be 5 minutes of overtime; correct?

A. Correct.

Q. All right. So was there anything else about the end of the shift that you're claiming was unpaid? That's what I'm focusing on. If we paid you, we're good. If you're claiming there's some work you did after the end of your shift that we didn't pay you for, that's what I'm focused on now.

A. No. Not at the end.

Q. Okay. Other than the unpaid overtime, is there anything else that you understand that's in the case?

if you were coming up to your rest break while you were on a call, you could say okay, here's the code for rest break --

THE REPORTER: I'm sorry. Here's the what?

MR. CARR: Here's the code for rest break.

BY MR. CARR:

Q. And that would stop your calls, so that you could go ahead and take your rest break and you could get out of the queue?

A. I can't remember if -- again, if there was codes or not.

Q. And did you ever let a supervisor or another lead say, "Hey, I need to take my rest break. I'm going to hop off the queue now"?

A. I think we were frustrated just because how busy it was, that we wished we could take a break.

Q. Did you ever talk to a supervisor or a call center manager or human resources about, well, I missed -- I'm missing a rest break, we're busy?

A. Supervisor from time to time.

Q. Do you recall any supervisor you spoke to about that, the name?

A. The -- Ki.

Q. Ki.

Jerred?

A. Uh-huh.
Q. "Yes"?
A. Yes. Sorry.
Q. Was Jerred ever the supervisor for the lead team?
A. Yes.
Q. Before or after Ki?
A. Before.
Q. And do you recall any response that either of them gave to the complaint?
A. I believe Ki said just try to do my best to take my break.
Q. Do you remember anything Jerred said about it?
A. I believe it was kind of the same way. But he was more -- I believe more adamant about making sure we took our breaks.
Q. Was there ever a time, do you think, where you might have delayed your break so you could go on break with a friend of yours, or you needed to make a phone call at a particular time, something like that?
A. No.
Q. Other than not getting a rest break, do you recall anytime where you took the break later than it was scheduled for?
A. Yes.

Q. Do you recall --

A. Oh. Recall time?

Q. Yeah. How long --

A. No. Sorry.

Q. Like how long after the schedule was it, like a few minutes, 10 minutes, 15?

A. It varied.

Q. Varied. Okay.

What do you think is the longest you postponed a rest break or couldn't take the rest break after it was scheduled?

A. Half-hour, 40 minutes perhaps.

Q. And in those situations, it was just -- it wasn't practical to take it because you had the calls coming in; correct?

A. Yes.

Q. And then --

MR. CARR: You know what, how long have we been going?

THE VIDEOGRAPHER: An hour and 10 minutes.

MR. CARR: Let's take a break here.

THE VIDEOGRAPHER: Going off the record. The time is 10:53 a.m.

(Recess)

THE VIDEOGRAPHER: We are back on the record.

The time is 11:02 a.m.

BY MR. CARR:

Q. All right. I want to do a couple follow-up questions about -- we were talking about rest breaks. I just want a couple of follow-up questions on that.

A. Yes.

Q. I know you mentioned it to your supervisors. Did any of your supervisors, either Ki or Mr. Cooper, did any of them tell you that you could not take a rest break at all?

A. No.

Q. Did you ever speak with human resources about the rest break issue you mentioned before?

A. No.

Q. Now, just going back to when you were talking about some of the programs you were opening and clocking in, stuff at the beginning of the day, did you keep any kind of diary or notes or anything about any of the specific days that you were having issues with the computers?

A. No.

Q. Was there a process where if you were having an issue opening a program, were you supposed to complete an IT ticket for the Information Technology department?

A. If it was severe, where it wasn't functioning at

all, yes.

Q. And now let me -- let me ask you now about -- about meal breaks. All right? We're talking about meal breaks now.

A. Okay.

Q. And we're just talking about when you were a lead after you came back from Austin.

A. Yes.

Q. Okay. You would get a schedule and your meal break would be scheduled on there; correct?

A. I believe so. I can't remember, to be honest.

Q. And it sounds like from now being a supervisor and lead at Dexcom, you understand that under California law, you're supposed to have your meal break -- you're supposed to start your meal break before the end of your fifth hour of work?

A. Correct.

Q. So when you were working the 7:30 a.m. shift --

A. Uh-huh.

Q. -- you should have taken your meal break before 12:30 p.m.; correct?

A. Correct.

Q. All right. And just using that as an example, do you recall that your -- meal breaks were generally scheduled within -- between 4 and 5 hours of the start of

your shift?
A. I believe so.
Q. Do you remember any occasion, when you were working as a lead at Time Warner Cable, where you did not get a meal break at all?
A. No.
Q. Do you remember any occasion at Time Warner Cable where your meal break didn't start until after 12:30, for example, on the 7:30 to 4:30 shift?
A. Restate the question, please.
Q. Sure.
Do you remember any occasion when your meal break started or you took your meal break, beginning of it, more than 5 hours after the start of your shift?
A. Yes.
Q. And do you recall how many times that happened?
A. A handful or more.
Q. And by "handful," I would always think of five when I think of a handful.
A. Yes.
Q. Do you remember any specifics about any of those circumstances where your meal breaks started after the fifth hour of your shift?
A. Being on a very tedious, long escalation.
Q. And this would be an instance where you would

Q. Did you ever -- when you were working as a lead at Time Warner Cable, were you aware that you could possibly get paid a meal penalty payment if you started your lunch after the fifth hour?

A. No.

Q. Did you ever ask a supervisor to be paid a meal penalty payment?

A. No.

Q. Did you ever go to human resources and tell them your lunch was late, am I entitled to some type of compensation?

A. No.

Q. When did you first learn that this -- the five-hour rule as I'm going to call it?

A. I can't remember.

Q. Did you even -- I mean, did you know that you were supposed -- when you were working as a lead at Time Warner Cable, did you know you were supposed to take your lunch before the end of the fifth hour?

A. We -- I -- I believe we were told.

Q. So the supervisors had told you that you're supposed to take your lunch before the end of the fifth hour?

A. I believe so.

Q. Do you recall being -- getting an adherence

Q. Do you see that?
A. That I do, yes.
Q. It says, "The Operations Coordinator Desk works very hard to make sure that there are enough agents to handle the predicted call volume at any given time in the call center. Your ability to clock in, take breaks, and end your shift when you are scheduled to do so helps keep the call center running smoothly." Do you remember that?
A. No. I mean, now that I see it, it looks -- it looks familiar.
Q. Do you recall this being part of the scorecard now that you've seen this?
A. I remember more of the Quality Monitoring, Customer Satisfaction Survey, Work Order Accuracy, Trouble Call Percentage. Mainly these four here (indicating).
Q. Right. And then but the one -- Schedule Adherence is under Productivity Performance --
A. Correct.
Q. -- metrics; correct?
A. Correct.
Q. Do you remember whether your supervisors emphasized to you, as a lead, you know, you really need to take your breaks on schedule so we have coverage on -- so we have coverage on the lead desk to field the calls

from the agents? Is that something that seemed important to them?

A. Perhaps. I'm sure at the time that this was given.

Q. Okay. You can put that one aside.

A. Uh-huh.

Q. You're not going to like this picture.

A. Yeah, I know this guy.

MR. CARR: All right. Exhibit 16 is entitled "2013 Performance Evaluation, Review Period 1/1/2013 through 12/31/2013." And GIBBS 123 through GIBBS 130.

(Exhibit 16 marked)

BY MR. CARR:

Q. And the reviewer, I think this might help you remember the name of the supervisor you were thinking of.

A. Jerred. Yes.

Q. No. Take a look at the first page.

A. Oh. It's Ki.

Q. It's a different name on the first page.

A. Ki Pae.

Q. Yeah, that's on the first page. But then you mentioned Jerred Cooper --

A. Yes.

Q. -- is the one who actually made the review, yeah.

Q. "Jerred Cooper (Manager - Co-Planner)."
A. Uh-huh.
Q. Do you see that?
A. Yes.
Q. And then each of you gave -- you gave yourself an Exceeds Expectations; correct?
A. Yes.
Q. And then Mr. Cooper did also; correct?
A. Correct.
Q. And then under Mr. Cooper's comments, he says, "Laurence, you achieved an average handle time of 539.93 seconds this evaluation period. As a result, you earned a rating of Exceeds Expectations for the Individual Average Handle Time goal." Do you see that?
A. That is correct. Yes.
Q. And what -- do you recall what "Individual Average Handle Time goal" meant?
A. The time it took to answer the call and finish the call.
Q. So your average -- for 2013, your average handle time for any particular call was 539.93 seconds?
A. Based on this, it looks like it.
Q. Which in my mind is under 10 minutes; right? 60 times 10 would be --
A. Uh-huh.

spoke with get the better of me and for that I know there is room for improvement to which I am already engaged in accomplishing." Do you remember what you were referring to there?

A. Oh. The escalations.

Q. So you weren't necessarily talking about coworkers? You were frustrated -- frustrated with customers, perhaps, end users?

A. I believe so.

Q. All right. Okay. I think I'm done with that one.

Did any supervisor ever tell you that you could not take your -- that you had to delay your meal break beyond the fifth hour?

MR. MORPHEW: Objection. Asked and answered.

MR. CARR: Okay. I don't think so. But answer it again for me, please.

THE WITNESS: What was the question again?

BY MR. CARR:

Q. Did any supervisor ever tell you to take your meal break beyond the fifth hour of your shift?

A. Not that I recall.

MR. CARR: And I just marked as Exhibit 17 GIBBS 1 -- GIBBS 79 through 83. It's entitled "Performance Improvement/Corrective Action Form," dated October 16th,

asking. He finished it.

Did you get it right?

THE REPORTER: Yeah.

MR. CARR: Okay.

THE REPORTER: You guys got to try to go one at a time, though.

THE WITNESS: Can we do rock, paper, scissors?

MR. CARR: Just let me finish. I think it's more his fault this time than me.

THE WITNESS: I'll take the blame.

MR. CARR: Okay.

BY MR. CARR:

Q. Now, when you would take your rest breaks, you were supposed to take those away from your desk, off the call center floor; correct?

A. Correct.

Q. And when you would take your meal breaks, you were supposed to take those away from your desk, off the call center floor; correct?

A. Correct.

Q. And you tried to do that; correct?

A. To the best of my ability.

Q. Yeah. Now, when you were a lead, how often would you interact with your direct supervisors?

A. It varied.

Q. But it's going to take a little while, and I'm going to jump around a little bit on different topics. Okay?
A. Okay.
Q. Just go back on the meal breaks, I think I may have asked this, and I apologize if I did. But your meal breaks at Time Warner Cable, they allowed an hour for a meal break; is that correct?
A. I believe that was the case, yes.
Q. And did you always try to take close to your hour?
A. Oh, yes.
Q. Do you remember ever having a meal break that was less than 30 minutes?
A. Not that I can recall.
Q. And then your rest breaks at Time Warner Cable, they gave -- they allowed two 15-minute breaks; correct? Do you recall?
A. I can't recall if it was 10 or 15.
Q. Do you recall getting to take at least 10 minutes for your rest breaks?
A. At least.
Q. And then when we were talking about at the beginning of the -- your shift, or before the beginning of your shift, you were talking about opening the

letterhead, "Time Keeping Policy Acknowledgment" is the title of the document.

(Exhibit 19 marked)

BY MR. CARR:

Q. And the first question for you, Mr. Gibbs, is that your signature down there above the Employee Signature line?

A. That it is.

Q. And do you recall signing this Time Keeping Acknowledgment when you started back in 2011?

A. I must have.

Q. All right. Let's just go through a few things here in the Time Keeping Policy Acknowledgment.

At the -- the first paragraph --

A. Uh-huh.

Q. -- "Time Warner Cable employees use an electronic timecard system (Kronos) to track their time worked and time off. The actual method of accessing this system (personal computer, telephone, etc.) varies depending upon the department and employee location." And we've talked about you recall it being an icon on the desktop that you could access the time keeping system; correct?

A. I believe so, yes.

Q. Does this refresh your recollection that the

recall the specifics.

Q. Do you remember if it was Mr. Cooper or Mr. Pae?

A. I believe it was Mr. Pae.

Q. You don't recall any specifics regarding that?

A. Unfortunately, no.

Q. All right. The next paragraph, "Additionally, Time Warner Cable has a strict time keeping policy regarding nonexempt (hourly) employees." Do you see that?

A. That I do.

Q. And you were a nonexempt hourly employee; correct?

A. That is correct.

Q. And it says, "All employees are to take paid rest breaks, 15 minutes for each four hours of work." Do you see that?

A. That I do.

Q. And that's your recollection of how things worked with the rest breaks; correct?

A. As far as what's written here, yes.

Q. And then it says, "Employees must also take an unpaid lunch break of 60 minutes during each shift of 6 hours or more." Do you see that?

A. Correct.

Q. And that's your recollection, that you're --

you're entitled -- you took 60 minutes, or thereabouts, for lunch; correct?

A. Yes.

Q. And then it says, "Employees are never to," quote, "punch out," close quote, "and keep working (other wise known as 'working off the clock')." Do you see that?

A. That I do.

Q. And then it says, "Working off the clock is strictly prohibited"; correct?

A. Of course.

Q. Is that your understanding of the Time Warner Cable policy, that you're not supposed to work off the clock?

A. Well, that's what's written here.

Q. Right. But other than the -- you're claiming that what you were doing to open the programs was working off the clock; correct?

A. That is correct, yes.

Q. And but that would -- under this policy, that would be prohibited; correct?

A. Of course.

Q. And then going on to the next one, "Misrepresentation of hours worked, forgery, or other tampering with these records is a violation of the law

and any employee found to have engaged in this behavior will be subject to corrective action, up to and including termination." Do you see that?

A. That I do.

Q. Did I read that correctly?

A. That you did.

Q. All right. And then continuing on, it says, "By signing below, I acknowledge that I understand Time Warner Cable's Time Keeping Policy." It says, "I understand that" -- Paragraph 1, "I am responsible for monitoring my timecard and keeping it up-to-date during each pay period." Do you see that?

A. That I do.

Q. And that's what you tried -- you tried to make sure your timecard was up-to-date; correct?

A. That is correct.

Q. And then it says, "I acknowledge that I must take scheduled breaks." Do you see that?

A. Yes.

Q. And other than what we've talked about, you did a pretty good job of taking your scheduled breaks, it sounds like; correct?

A. To the best of my ability.

Q. And then it says, "I acknowledge that I must approve my timecard at the end of every" time "period."

You tried to do that too; correct?

A. Yes.

Q. And it says, "I further acknowledge that I must request timecard corrections in writing from my supervisor within one pay period of the date of an error or the date that an error was first noticed."

Do you see that?

A. Yes.

Q. Is that something that you tried to do?

A. Tried.

Q. All right. Now, do you -- are you aware of whether -- I mean, I understand what you said about this policy and -- and whether you were able to follow the policy at the shift start. Do you know whether there -- there could be other employees there that might have followed that and not loaded their programs off the clock; correct?

MR. MORPHEW: Objection. Calls for --

BY MR. CARR:

Q. Are you aware --

MR. CARR: Go ahead.

MR. MORPHEW: Objection. Calls for speculation.

BY MR. CARR:

Q. You can answer.

A. I don't know.

 understand.

A. No.

Q. Is there any way you think that some -- this wage statement injured you in any way?

A. Injured me?

Q. Yes.

A. (Indicating).

Q. "No"? You don't know?

A. Oh, I mean, are we talking emotionally or medically or --

Q. Anything.

A. No injury.

MR. CARR: All right. Here is 21. And these are some Time Detail records. And the Bates numbers are GIBBS 156 through GIBBS 187.

(Exhibit 21 marked)

MR. CARR: Right? I think that's what it is. And I just have just a few brief questions about this. I can tell you that these are the records that reflect your time punches --

THE WITNESS: Okay.

MR. CARR: -- while you were a lead.

THE WITNESS: I believe so.

BY MR. CARR:

Q. All right. And just take a look at this first

page -- well, actually, take a look at the second page. And if you'll look at the entry for 5-2-2013.

A. Uh-huh.

Q. This is a few lines down. Are you with me?

A. I'm with you.

Q. All right. And you'll see an in punch of 1:28; correct?

A. Correct.

Q. And then an out punch of 5:48; correct?

A. Correct.

Q. And then you come down to the next line, it shows an in punch of 6:46; correct?

A. Correct.

Q. And then an out punch of 10:34; correct?

A. Correct.

Q. All right. And then -- so would this be when you were working the 1:30 to 10:30 shift?

A. I believe so. Yes.

Q. Okay. So in this instance, on this day when you clocked in at 1:28, you would have clocked in 2 minutes before your shift; correct?

A. It is looking like that.

Q. All right. Take a look farther down the page, the 5/14/2013 entry.

A. Uh-huh.

Q. It's just -- are you with me?
A. That I am.
Q. All right. And you'll see there that the in punch -- the first in punch on the 14th is at 1:21 p.m.
Do you see that?
A. That it does.
Q. On that particular day, you would have clocked in 9 minutes before the start of your shift; correct?
A. It looks like it.
Q. All right. And did you ever -- do you recall ever being disciplined for clocking in before the start of your shift?
A. I believe a couple times. Yes.
Q. And by whom?
A. That would be, I believe, Ki Pae.
Q. During this timeframe, July 14, 2013?
A. I believe so.
Q. Take a look at -- it's going to be GIBBS 165. If you see those Bates numbers in the bottom.
A. Uh-huh.
Q. They may be on the back page.
A. Yeah, it is.
Q. Are you with me?
A. Yes, I am.
Q. Now, when you received the discipline you think

or your -- from Mr. Pae, did he write you up? Did you get a documented corrective action or anything like that?

A. I believe it was a written.

Q. You believe it was a written up?

A. I believe so.

Q. Okay. And do you know whether he -- you know, we saw a corrective action form --

A. Yes.

Q. -- earlier, for the American Express charge issue.

A. Yes.

Q. Do you remember getting something like that on there?

A. I can't recall what format it was.

Q. But there was something written up?

A. Yes.

Q. Okay. Take a look -- do you know -- should there be a record of that in your personnel file, if that was written up?

A. It should be.

Q. All right. Take a look at that page with me, the 9/14/2000 [sic] entry at the top of the page.

A. Okay. Yes.

Q. And you'll see the 9/14 entry says there's a clock-in punch of 7:16. Do you see that? A.m.?

A. Yes.

Q. Okay. And if you look at some of the other entries, you'll see that this is most likely when you were working a 7:30 a.m. shift start; correct?

A. Because I clocked out at 4:41.

Q. So you would have clocked out beyond your shift; correct?

A. I believe so.

Q. All right. Do you recall being talked to or disciplined in any way for clocking in 14 minutes before the start of your shift?

A. On that specific date?

Q. Yes.

A. It's possible.

Q. All right. And so as a result of clocking in at 7:16 and clocking out 11 minutes past your shift, at 4:41, you wound up getting half an hour of overtime that day?

A. Sounds about right.

Q. Take a look at GIBBS 181.

A. Okay.

Q. And I am looking at the 6/22/14 entry. Do you see that?

A. That I do.

Q. And you'll see that your clock-in time there was

7:25 a.m. Do you see that?

A. That is correct.

Q. And do you recall why you would have clocked in early that day?

A. Being that it was how many years ago? No.

Q. Over four. Almost 4-1/2.

Do you recall whether you had any type of talking to or any type of written up discipline for clocking in five minutes early that day?

A. No, I do not.

MR. CARR: All right. Let's take a quick break and see if I can wrap up.

THE VIDEOGRAPHER: Going off the record. The time is 12:52 p.m.

(Recess)

THE VIDEOGRAPHER: We are back on the record. The time is 1 o'clock p.m.

MR. CARR: All right. Just a few more questions, Mr. Gibbs.

BY MR. CARR:

Q. Was there ever occasion where you were running a little late and didn't get to your desk until like right close to the start of your shift, and you just went ahead and clocked in and started opening your programs while you were taking calls?

A. Not that I can recall.

Q. Do you recall any instances like that?

And do you know if there were any other leads that that happened to?

MR. MORPHEW: Objection. Calls for speculation.

THE WITNESS: Not that I recall.

BY MR. CARR:

Q. All right. Did you ever tell -- specifically tell your supervisors that you were opening these programs before you were clocking in?

A. Not that I recall.

Q. Did you ever request to a supervisor or human resources to be paid for that time that you spent opening programs before you clocked in?

A. Not that I recall.

Q. Are you aware of any Time Warner Cable policy that says they don't intend to pay for computer log-in time?

A. I don't know.

MR. CARR: I have no further questions.

THE WITNESS: Bless you.

MR. OZMER: For not having any questions?

MR. MORPHEW: No. Someone sneezed.

THE WITNESS: Someone sneezed.

MR. OZMER: Couldn't resist.

C E R T I F I C A T E

I, Renée C. Roberts, CSR No. 6910, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That a review of the transcript by the deponent was requested;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Dated this 26th day of December, 2018.

Renée C. Roberts

Renée C. Roberts, CSR No. 6910

# EXHIBIT 2

EXHIBIT 2 - PAGE 36

EXHIBIT 15
WIT: Gibbs
DATE: 12/17/18
RENEE ROBERTS, CSR 6910

On the Job Application

During the training period, you will have the opportunity to practice the skills and techniques that will help you to improve your performance and earn bonuses and commissions once you transition to the call center floor.

Agents are evaluated using a program called "Scorecard", which measures several different elements of performance, calculates bonus payments, and tracks sales and commissions. There are three sections: Quality Performance, Productivity Performance, and Sales Commission.

The overall score will determine bonus payouts, eligibility for projects, and placement for shift bids.

**Quality Performance**

Quality Performance metrics: *(Theses metrics may vary by Call Center)*

1. **Quality Monitoring** – The Quality Assurance department monitors calls at random and scores the agent based on the evaluation form for care agents.
2. **Customer Satisfaction Survey (CSAT)** – After a customer calls our call center, an automated system calls the customer back within 24 hours and asks the customer to rate the agent they last spoke to from a 1-10.
3. **Work Order Accuracy** – When you enter a work order, which will give a customer service, change the service, or make another change, the accuracy with which you complete the order is evaluated.
4. **Trouble Call Percentage** - A trouble call is when we send a technician to the customer's home to fix a service problem. Many times these problems can be solved over the phone. Your trouble call percentage is based on the number of technicians you send out, as compared to how many other agents send.

**Productivity Performance**

Productivity Performance metrics: *(These metrics may vary by Call Center)*

1. **Schedule Adherence** – The Operations Coordinator Desk works very hard to make sure that there are enough agents to handle the predicted call volume at any given time in the call center. Your ability to clock in, take breaks, and end your shift when you are scheduled to do so helps to keep the call center running smoothly.
2. **Customer Service Time** – Your ability to handle customer's needs in a timely manner will reduce the time other customers will have to wait to speak to an agent.

**Sales Commission**

You will earn commission on the products that you sell. Each product has a designated payout. In addition to your sales commissions, vendors such as HBO and Showtime often offer additional prizes, contests, or payouts for selling their products.

# EXHIBIT 3

EXHIBIT 3 - PAGE 39

Name: Laurence E. Gibbs
PSID# 1159 850

EXHIBIT 19
WIT: Gibbs
DATE: 12/17/18
RENEE ROBERTS, CSR 6910

## TIME KEEPING POLICY ACKNOWLEDGEMENT

Time Warner Cable employees use an electronic timecard system (Kronos) to track their time worked and time off. The actual method of accessing this system (personal computer, telephone, etc.) varies depending upon the department and employee location. All worked hours, benefit and leave time must be accurately reflected on the timecard.

The electronic timecard must be approved at the end of each pay period by both the employee and the supervisor. The "electronic signature" in Kronos acts the same as a written signature, and it indicates that both the employee and the supervisor know what time is entered on the timecard and acknowledge that the time entered is correct. An incorrect timecard should never be approved.

Additionally, Time Warner Cable has a strict time keeping policy regarding nonexempt (hourly) employees. All employees are to take paid rest breaks, 15 minutes for each four hours of work. Employees must also take an unpaid lunch break of 60 minutes during each shift of 6 hours or more. Employees are never to "punch out" and keep working (other wise known as "working off the clock"). Working off the clock is strictly prohibited.

Misrepresentation of hours worked, forgery, or other tampering with these records is a violation of the law and any employee found to have engaged in this behavior will be subject to corrective action, up to and including termination of employment.

**By signing below, I acknowledge that I understand Time Warner Cable's Time Keeping Policy. I understand that:**

1. I am responsible for monitoring my timecard and keeping it up-to-date during each pay period.
2. I acknowledge that I must take scheduled breaks.
3. I acknowledge that I must approve my timecard at the end of every pay period.
4. I further acknowledge that I must request timecard corrections in writing from my supervisor within one pay period of the date of an error or the date that an error was first noticed.

[signature] — 7-8-11

Employee Signature — Date

Laurence E. Gibbs — 7-8-11

Print Employee Name

San Diego — 1159 850

Location — PS ID #

Rev. 02/05/08

CONFIDENTIAL GIBBS000014

# EXHIBIT 4

EXHIBIT 4 - PAGE 41

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

REDACTED

EXHIBIT 21
WIT: Gibbs
DATE: 12/17/18
RENEE ROBERTS, CSR 6910

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/20/2013 | 12:00 AM | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 1868:00 |
| 4/23/2013 | | 1:29:00 PM | US | 7:01:00 PM | | | | | | 5:30 | 1873:30 |
| 4/23/2013 | | 8:00:00 PM | | 10:30:00 PM | | | | | | 2:30 | 1876:00 |
| 4/24/2013 | | 1:12:00 PM | US | 5:46:00 PM | | | | | | 4:30 | 1880:30 |
| 4/24/2013 | | 6:44:00 PM | | 10:30:00 PM | | | | | | 3:45 | 1884:15 |
| 4/25/2013 | | 1:30:00 PM | US | 5:51:00 PM | | | | | | 4:15 | 1888:30 |
| 4/25/2013 | | 6:48:00 PM | | 10:30:00 PM | | | | | | 3:45 | 1892:15 |
| 4/26/2013 | | 1:27:00 PM | US | 6:16:00 PM | | | | | | 4:45 | 1897:00 |
| 4/26/2013 | | 7:15:00 PM | | 10:35:00 PM | | | | | | 3:15 | 1900:15 |
| 4/27/2013 | | 1:26:00 PM | US | 5:55:00 PM | | | | | | 4:30 | 1904:45 |

## Time Detail

Time Period: 12/23/2011 - 8/27/2014
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.

Data Up to Date: 8/22/2017 11:34:49 AM
Executed on: 8/22/2017 11:34AM GMT-04:00
Printed for: P2715215
Insert Page Break After Each Employee: No

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch<br>*Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/27/2013 | | 6:53:00 PM | | 10:30:00 PM | | | | | | 3:30 | 1908:15 |
| 4/30/2013 | | 1:30:00 PM | | 5:30:00 PM | | | | | | 4:00 | 1912:15 |
| | | | US | | | | | | | | |
| 4/30/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 1916:15 |
| 5/1/2013 12:00 AM | Sick Time | | | | | | 8:00 | | | | 1924:15 |
| 5/2/2013 | | 1:28:00 PM | | 5:48:00 PM | | | | | | 4:15 | 1928:30 |
| | | | US | | | | | | | | |
| 5/2/2013 | | 6:46:00 PM | | 10:34:00 PM | | | | | | 3:45 | 1932:15 |
| 5/3/2013 | | 1:29:00 PM | | 5:38:00 PM | | | | | | 4:15 | 1936:30 |
| | | | US | | | | | | | | |
| 5/3/2013 | | 6:39:00 PM | | 10:30:00 PM | | | | | | 3:45 | 1940:15 |
| 5/4/2013 | | 1:29:00 PM | | 5:18:00 PM | | | | | | 3:45 | 1944:00 |
| | | | US | | | | | | | | |
| 5/4/2013 | | 5:58:00 PM | | 10:30:00 PM | | | | | | 4:30 | 1948:30 |
| 5/7/2013 | | 1:29:00 PM | | 5:44:00 PM | | | | | | 4:15 | 1952:45 |
| | | | US | | | | | | | | |
| 5/7/2013 | | 6:43:00 PM | | 10:31:00 PM | | | | | | 3:45 | 1956:30 |
| 5/8/2013 | | 1:29:00 PM | | 5:58:00 PM | | | | | | 4:30 | 1961:00 |
| | | | US | | | | | | | | |
| 5/8/2013 | | 6:57:00 PM | | 10:30:00 PM | | | | | | 3:30 | 1964:30 |
| 5/9/2013 | | 1:26:00 PM | | 5:29:00 PM | | | | | | 4:00 | 1968:30 |
| | | | US | | | | | | | | |
| 5/9/2013 | | 6:28:00 PM | | 10:30:00 PM | | | | | | 4:00 | 1972:30 |
| 5/10/2013 | | 1:29:00 PM | | 5:25:00 PM | | | | | | 4:00 | 1976:30 |
| | | | US | | | | | | | | |
| 5/10/2013 | | 6:24:00 PM | | 10:41:00 PM | | | | | | 4:15 | 1980:45 |
| 5/11/2013 | | 1:28:00 PM | | 5:49:00 PM | | | | | | 4:15 | 1985:00 |
| | | | US | | | | | | | | |
| 5/11/2013 | | 6:47:00 PM | | 10:30:00 PM | | | | | | 3:45 | 1988:45 |
| 5/14/2013 | | 1:21:00 PM | | 5:34:00 PM | | | | | | 4:15 | 1993:00 |
| | | | US | | | | | | | | |
| 5/14/2013 | | 6:33:00 PM | | 10:30:00 PM | | | | | | 4:00 | 1997:00 |
| 5/15/2013 | | 1:29:00 PM | | 5:49:00 PM | | | | | | 4:15 | 2001:15 |
| | | | US | | | | | | | | |
| 5/15/2013 | | 6:47:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2005:00 |
| 5/16/2013 | | 1:27:00 PM | | 5:33:00 PM | | | | | | 4:00 | 2009:00 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | US | | | | | | | | |
| 5/16/2013 | | 6:31:00 PM | | 10:37:00 PM | | | | | | 4:00 | 2013:00 |
| 5/17/2013 | | 1:28:00 PM | | 5:47:00 PM | | | | | | 4:15 | 2017:15 |
| | | | US | | | | | | | | |
| 5/17/2013 | | 6:48:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2021:00 |
| 5/18/2013 | | 1:28:00 PM | | 5:32:00 PM | | | | | | 4:00 | 2025:00 |
| | | | US | | | | | | | | |
| 5/18/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2029:00 |
| 5/21/2013 | | 1:27:00 PM | | 5:31:00 PM | | | | | | 4:00 | 2033:00 |
| | | | US | | | | | | | | |
| 5/21/2013 | | 6:34:00 PM | | 10:31:00 PM | | | | | | 4:00 | 2037:00 |
| 5/22/2013 | | 1:28:00 PM | | 5:39:00 PM | | | | | | 4:15 | 2041:15 |
| | | | US | | | | | | | | |
| 5/22/2013 | | 6:33:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2045:00 |
| 5/23/2013 | | 1:30:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2049:00 |
| | | | US | | | | | | | | |
| 5/23/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2053:00 |
| 5/24/2013 | | 1:29:00 PM | | 5:32:00 PM | | | | | | 4:00 | 2057:00 |
| | | | US | | | | | | | | |
| 5/24/2013 | | 6:32:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2061:00 |
| 5/25/2013 | | 1:29:00 PM | | 6:18:00 PM | | | | | | 4:45 | 2065:45 |
| | | | US | | | | | | | | |
| 5/25/2013 | | 7:15:00 PM | | 10:31:00 PM | | | | | | 3:15 | 2069:00 |
| 5/27/2013 | 12:00 AM | Holiday No Consec<br>*Memorial Day* | | | | | 8:00 | | | | 2077:00 |
| 5/28/2013 | 12:00 AM | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 2085:00 |
| 5/29/2013 | | 1:29:00 PM | | 5:56:00 PM | | | | | | 4:30 | 2089:30 |
| | | | US | | | | | | | | |
| 5/29/2013 | | 6:56:00 PM | | 10:34:00 PM | | | | | | 3:30 | 2093:00 |
| 5/30/2013 | | 1:28:00 PM | | 5:56:00 PM | | | | | | 4:30 | 2097:30 |
| | | | US | | | | | | | | |
| 5/30/2013 | | 6:53:00 PM | | 10:33:00 PM | | | | | | 3:30 | 2101:00 |
| 5/31/2013 | | 1:28:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2105:00 |
| | | | US | | | | | | | | |
| 5/31/2013 | | 6:28:00 PM | | 10:33:00 PM | | | | | | 4:00 | 2109:00 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/2013 | | 1:28:00 PM | | 5:40:00 PM | | | | | | 4:15 | 2113:15 |
| | | | US | | | | | | | | |
| 6/1/2013 | | 6:38:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2117:00 |
| 6/4/2013 | | 1:29:00 PM | | 5:39:00 PM | | | | | | 4:15 | 2121:15 |
| | | | US | | | | | | | | |
| 6/4/2013 | | 6:37:00 PM | | 10:44:00 PM | | | | | | 4:00 | 2125:15 |
| 6/5/2013 | | 1:28:00 PM | | 5:27:00 PM | | | | | | 4:00 | 2129:15 |
| | | | US | | | | | | | | |
| 6/5/2013 | | 6:24:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2133:15 |
| 6/6/2013 | | 1:28:00 PM | | 5:26:00 PM | | | | | | 4:00 | 2137:15 |
| | | | US | | | | | | | | |
| 6/6/2013 | | 6:25:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2141:15 |
| 6/7/2013 | | 1:28:00 PM | | 5:28:00 PM | | | | | | 4:00 | 2145:15 |
| | | | US | | | | | | | | |
| 6/7/2013 | | 6:24:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2149:15 |
| 6/8/2013 | | 1:28:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2153:15 |
| | | | US | | | | | | | | |
| 6/8/2013 | | 6:30:00 PM | | 10:39:00 PM | | | | | | 4:15 | 2157:30 |
| 6/11/2013 | 12:00 AM | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 2165:30 |
| 6/12/2013 | | 1:29:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2169:30 |
| | | | US | | | | | | | | |
| 6/12/2013 | | 6:27:00 PM | | 10:36:00 PM | | | | | | 4:00 | 2173:30 |
| 6/13/2013 | | 1:26:00 PM | | 5:37:00 PM | | | | | | 4:00 | 2177:30 |
| | | | US | | | | | | | | |
| 6/13/2013 | | 6:36:00 PM | | 10:31:00 PM | | | | | | 4:00 | 2181:30 |
| 6/14/2013 | | 1:27:00 PM | | 5:43:00 PM | | | | | | 4:15 | 2185:45 |
| | | | US | | | | | | | | |
| 6/14/2013 | | 6:41:00 PM | | 10:46:00 PM | | | | | | 4:00 | 2189:45 |
| 6/15/2013 | | 1:28:00 PM | | 10:32:00 PM | | | | | | 9:00 | 2198:45 |
| | | | US | | | | | | | | |
| 6/18/2013 | | 1:26:00 PM | | 5:28:00 PM | | | | | | 4:00 | 2202:45 |
| | | | US | | | | | | | | |
| 6/18/2013 | | 6:35:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2206:45 |
| 6/19/2013 | | 1:24:00 PM | | 5:36:00 PM | | | | | | 4:00 | 2210:45 |
| | | | US | | | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time *Xfr/Move: Account* | Apply To | In Punch *Comment* | In Exc | Out Punch *Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/19/2013 | | 6:35:00 PM | | 10:34:00 PM | | | | | | 4:00 | 2214:45 |
| 6/20/2013 | | 1:29:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2218:45 |
| | | | US | | | | | | | | |
| 6/20/2013 | | 6:28:00 PM | | 10:32:00 PM | | | | | | 4:00 | 2222:45 |
| 6/21/2013 | 12:00 AM | Personal Time No Consec | | | | | 8:00 | | | | 2230:45 |
| 6/22/2013 | 12:00 AM | Leave Without Pay | | | | | 1:30 | | | | 2232:15 |
| | | *Approved* | | | | | | | | | |
| 6/22/2013 | 12:00 AM | Vacation No Consec | | | | | 6:30 | | | | 2238:45 |
| 6/25/2013 | | 1:30:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2242:45 |
| | | | US | | | | | | | | |
| 6/25/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2246:45 |
| 6/26/2013 | | 1:28:00 PM | | 5:39:00 PM | | | | | | 4:15 | 2251:00 |
| | | | US | | | | | | | | |
| 6/26/2013 | | 6:37:00 PM | | 10:32:00 PM | | | | | | 3:45 | 2254:45 |
| 6/27/2013 | | 1:22:00 PM | | 5:31:00 PM | | | | | | 4:15 | 2259:00 |
| | | | US | | | | | | | | |
| 6/27/2013 | | 6:30:00 PM | | 10:33:00 PM | | | | | | 4:00 | 2263:00 |
| 6/28/2013 | | 1:28:00 PM | | 5:35:00 PM | | | | | | 4:00 | 2267:00 |
| | | | US | | | | | | | | |
| 6/28/2013 | | 6:32:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2271:00 |
| 6/29/2013 | | 1:29:00 PM | | 4:08:00 PM | | | | | | 2:45 | 2273:45 |
| | | | US | | | | | | | | |
| 6/29/2013 | | 5:00:00 PM | | 10:30:00 PM | | | | | | 5:30 | 2279:15 |
| 7/2/2013 | | 1:27:00 PM | | 5:55:00 PM | | | | | | 4:30 | 2283:45 |
| | | | US | | | | | | | | |
| 7/2/2013 | | 6:53:00 PM | | 10:31:00 PM | | | | | | 3:30 | 2287:15 |
| 7/3/2013 | | 1:25:00 PM | | 5:23:00 PM | | | | | | 4:00 | 2291:15 |
| | | | US | | | | | | | | |
| 7/3/2013 | | 6:20:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2295:15 |
| 7/4/2013 | | 1:27:00 PM | | 5:28:00 PM | | | | | | 4:00 | 2299:15 |
| | | | US | | | | | | | | |
| 7/4/2013 | | 6:26:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2303:15 |
| 7/4/2013 | 12:00 AM | Holiday No Consec | | | | | 8:00 | | | | 2311:15 |
| | | *Independence Day* | | | | | | | | | |
| 7/4/2013 | 12:00 AM | Overtime | | | | | 8:00 | | | | |
| 7/5/2013 | | 1:23:00 PM | | 5:38:00 PM | | | | | | 4:15 | 2315:30 |
| | | | US | | | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2013 | | 6:36:00 PM | | 10:31:00 PM | | | | | | 3:45 | 2319:15 |
| 7/6/2013 | | 1:29:00 PM | | 5:28:00 PM | | | | | | 4:00 | 2323:15 |
| | | | US | | | | | | | | |
| 7/6/2013 | | 6:31:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2327:15 |
| 7/9/2013 | | 1:25:00 PM | | 5:33:00 PM | | | | | | 4:00 | 2331:15 |
| | | | US | | | | | | | | |
| 7/9/2013 | | 6:33:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2335:15 |
| 7/10/2013 | | 1:23:00 PM | | 5:40:00 PM | | | | | | 4:15 | 2339:30 |
| | | | US | | | | | | | | |
| 7/10/2013 | | 6:42:00 PM | | 10:31:00 PM | | | | | | 3:45 | 2343:15 |
| 7/11/2013 | | 1:26:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2347:15 |
| | | | US | | | | | | | | |
| 7/11/2013 | | 6:27:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2351:15 |
| 7/12/2013 | 12:00 AM | Leave Without Pay<br>*Not Approved* | | | | | 8:00 | | | | 2359:15 |
| 7/13/2013 | 12:00 AM | Leave Without Pay<br>*Not Approved* | | | | | 8:00 | | | | 2367:15 |
| 7/16/2013 | | 1:24:00 PM | | 5:31:00 PM | | | | | | 4:00 | 2371:15 |
| | | | US | | | | | | | | |
| 7/16/2013 | | 6:28:00 PM | | 10:35:00 PM | | | | | | 4:00 | 2375:15 |
| 7/17/2013 | | 1:28:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2379:15 |
| | | | US | | | | | | | | |
| 7/17/2013 | | 6:28:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2383:15 |
| 7/18/2013 | | 1:29:00 PM | | 5:38:00 PM | | | | | | 4:15 | 2387:30 |
| | | | US | | | | | | | | |
| 7/18/2013 | | 6:35:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2391:15 |
| 7/19/2013 | | 1:28:00 PM | | 5:32:00 PM | | | | | | 4:00 | 2395:15 |
| | | | US | | | | | | | | |
| 7/19/2013 | | 6:31:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2399:15 |
| 7/20/2013 | | 1:27:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2403:15 |
| | | | US | | | | | | | | |
| | | *O: Forgot to Punch* | | | | | | | | | |
| 7/20/2013 | | 6:30:00 PM<br>*I: Forgot to Punch* | | 10:30:00 PM | | | | | | 4:00 | 2407:15 |
| 7/23/2013 | | 1:30:00 PM | | 5:48:00 PM | | | | | | 4:15 | 2411:30 |
| | | | US | | | | | | | | |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/23/2013 | | 6:45:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2415:15 |
| 7/24/2013 | | 1:23:00 PM | | 5:31:00 PM | | | | | | 4:00 | 2419:15 |
| | | | US | | | | | | | | |
| 7/24/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2423:15 |
| 7/25/2013 | | 1:27:00 PM | | 5:36:00 PM | | | | | | 4:00 | 2427:15 |
| | | | US | | | | | | | | |
| 7/25/2013 | | 6:34:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2431:15 |
| 7/26/2013 | | 1:28:00 PM | | 5:38:00 PM | | | | | | 4:15 | 2435:30 |
| | | | US | | | | | | | | |
| 7/26/2013 | | 6:36:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2439:15 |
| 7/27/2013 | | 1:25:00 PM | | 5:28:00 PM | | | | | | 4:00 | 2443:15 |
| | | | US | | | | | | | | |
| 7/27/2013 | | 6:26:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2447:15 |
| 7/30/2013 | | 1:29:00 PM | | 5:37:00 PM | | | | | | 4:00 | 2451:15 |
| | | | US | | | | | | | | |
| 7/30/2013 | | 6:35:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2455:15 |
| 7/31/2013 | | 1:28:00 PM | | 5:36:00 PM | | | | | | 4:00 | 2459:15 |
| | | | US | | | | | | | | |
| 7/31/2013 | | 6:32:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2463:15 |
| 8/1/2013 | | 1:28:00 PM | | 5:22:00 PM | | | | | | 3:45 | 2467:00 |
| | | | US | | | | | | | | |
| 8/1/2013 | | 6:21:00 PM | | 10:30:00 PM | | | | | | 4:15 | 2471:15 |
| 8/2/2013 | | 1:28:00 PM | | 5:39:00 PM | | | | | | 4:15 | 2475:30 |
| | | | US | | | | | | | | |
| 8/2/2013 | | 6:38:00 PM | | 10:50:00 PM | | | | | | 4:00 | 2479:30 |
| 8/3/2013 | | 1:29:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2483:30 |
| | | | US | | | | | | | | |
| 8/3/2013 | | 6:26:00 PM | | 10:31:00 PM | | | | | | 4:00 | 2487:30 |
| 8/6/2013 | | 1:26:00 PM | | 5:32:00 PM | | | | | | 4:00 | 2491:30 |
| | | | US | | | | | | | | |
| 8/6/2013 | | 6:31:00 PM | | 10:31:00 PM | | | | | | 4:00 | 2495:30 |
| 8/7/2013 | | 1:28:00 PM | | 5:34:00 PM | | | | | | 4:00 | 2499:30 |
| | | | US | | | | | | | | |
| 8/7/2013 | | 6:28:00 PM | | 10:33:00 PM | | | | | | 4:00 | 2503:30 |
| 8/8/2013 | | 1:29:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2507:30 |
| | | | US | | | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch<br>*Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/8/2013 | | 6:28:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2511:30 |
| 8/9/2013 | | 1:29:00 PM | | 5:31:00 PM | | | | | | 4:00 | 2515:30 |
| | | | US | | | | | | | | |
| 8/9/2013 | | 6:30:00 PM | | 10:56:00 PM | | | | | | 4:30 | 2520:00 |
| 8/10/2013 | | 1:29:00 PM | | 10:30:00 PM | | | | | | 9:00 | 2529:00 |
| | | | US | | | | | | | | |
| 8/13/2013 | | 1:28:00 PM | | 5:30:00 PM | | | | | | 4:00 | 2533:00 |
| | | | US | | | | | | | | |
| 8/13/2013 | | 6:29:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2537:00 |
| 8/14/2013 | | 1:29:00 PM | | 5:35:00 PM | | | | | | 4:00 | 2541:00 |
| | | | US | | | | | | | | |
| 8/14/2013 | | 6:32:00 PM | | 11:18:00 PM | | | | | | 4:45 | 2545:45 |
| 8/15/2013 | | 1:28:00 PM | | 5:33:00 PM | | | | | | 4:00 | 2549:45 |
| | | | US | | | | | | | | |
| 8/15/2013 | | 6:33:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2553:45 |
| 8/16/2013 | | 1:27:00 PM | | 5:39:00 PM | | | | | | 4:15 | 2558:00 |
| | | | US | | | | | | | | |
| 8/16/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2562:00 |
| 8/17/2013 | | 1:24:00 PM | | 5:32:00 PM | | | | | | 4:00 | 2566:00 |
| | | | US | | | | | | | | |
| 8/17/2013 | | 6:30:00 PM | | 10:33:00 PM | | | | | | 4:00 | 2570:00 |
| 8/20/2013 | | 1:27:00 PM | | 5:35:00 PM | | | | | | 4:00 | 2574:00 |
| | | | US | | | | | | | | |
| 8/20/2013 | | 6:30:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2578:00 |
| 8/21/2013 | | 1:28:00 PM | | 5:29:00 PM | | | | | | 4:00 | 2582:00 |
| | | | US | | | | | | | | |
| 8/21/2013 | | 6:29:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2586:00 |
| 8/22/2013 | | 1:29:00 PM | | 5:31:00 PM | | | | | | 4:00 | 2590:00 |
| | | | US | | | | | | | | |
| 8/22/2013 | | 6:31:00 PM | | 10:30:00 PM | | | | | | 4:00 | 2594:00 |
| 8/23/2013 | | 1:26:00 PM | | 5:41:00 PM | | | | | | 4:15 | 2598:15 |
| | | | US | | | | | | | | |
| 8/23/2013 | | 6:40:00 PM | | 10:30:00 PM | | | | | | 3:45 | 2602:00 |
| 8/24/2013 | | 1:28:00 PM | | 5:10:00 PM | | | | | | 3:45 | 2605:45 |
| | | | US | | | | | | | | |
| 8/24/2013 | | 6:04:00 PM | | 10:40:00 PM | | | | | | 4:30 | 2610:15 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 8/27/2013 12:00 AM | Sick Time | | | | | | 8:00 | | | | 2618:15 |
| 8/28/2013 12:00 AM | Sick Time | | | | | | 8:00 | | | | 2626:15 |
| 8/29/2013 | | 1:30:00 PM | | 5:00:00 PM | | | | | | 3:30 | 2629:45 |
| | | | US | | | | | | | | |
| 8/29/2013 | | 6:00:00 PM | | 10:30:00 PM | | | | | | 4:30 | 2634:15 |
| 8/30/2013 | | 1:25:00 PM | | 5:53:00 PM | | | | | | 4:30 | 2638:45 |
| | | | US | | | | | | | | |
| 8/30/2013 | | 6:50:00 PM | | 10:30:00 PM | | | | | | 3:30 | 2642:15 |
| 8/31/2013 | | 7:26:00 AM | | 11:58:00 AM | | | | | | 4:30 | 2646:45 |
| | | | US | | | | | | | | |
| 8/31/2013 | | 12:57:00 PM | | 4:37:00 PM | | | | | | 3:30 | 2650:15 |
| 9/2/2013 | | 7:27:00 AM | | 9:30:00 AM | | | | | | 2:00 | 2652:15 |
| | | | US | | | | | | | | |
| 9/2/2013 12:00 AM | Holiday No Consec | | | | | | 8:00 | | | | 2660:15 |
| | | *Holiday - Labor Day* | | | | | | | | | |
| 9/2/2013 12:00 AM | Leave Without Pay | | | | | | 6:00 | | | | 2666:15 |
| | | *Approved* | | | | | | | | | |
| 9/3/2013 | | 7:27:00 AM | | 11:37:00 AM | | | | | | 4:00 | 2670:15 |
| | | | US | | | | | | | | |
| 9/3/2013 | | 12:34:00 PM | | 4:31:00 PM | | | | | | 4:00 | 2674:15 |
| 9/5/2013 | | 7:28:00 AM | | 11:46:00 AM | | | | | | 4:15 | 2678:30 |
| | | | US | | | | | | | | |
| 9/5/2013 | | 12:45:00 PM | | 4:33:00 PM | | | | | | 3:45 | 2682:15 |
| 9/6/2013 | | 7:28:00 AM | | 11:32:00 AM | | | | | | 4:00 | 2686:15 |
| | | | US | | | | | | | | |
| 9/6/2013 | | 12:31:00 PM | | 4:34:00 PM | | | | | | 4:00 | 2690:15 |
| 9/7/2013 | | 7:27:00 AM | | 11:30:00 AM | | | | | | 4:00 | 2694:15 |
| | | | US | | | | | | | | |
| 9/7/2013 | | 12:30:00 PM | | 4:55:00 PM | | | | | | 4:30 | 2698:45 |
| 9/8/2013 | | 7:28:00 AM | | 11:42:00 AM | | | | | | 4:15 | 2703:00 |
| | | | US | | | | | | | | |
| 9/8/2013 | | 12:41:00 PM | | 4:31:00 PM | | | | | | 3:45 | 2706:45 |
| 9/9/2013 12:00 AM | Sick Time | | | | | | 8:00 | | | | 2714:45 |
| 9/12/2013 | | 7:30:00 AM | | 11:38:00 AM | | | | | | 4:15 | 2719:00 |
| | | | US | | | | | | | | |
| 9/12/2013 | | 12:36:00 PM | | 4:30:00 PM | | | | | | 3:45 | 2722:45 |
| 9/13/2013 | | 7:29:00 AM | | 11:39:00 AM | | | | | | 4:15 | 2727:00 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/13/2013 | | 12:38:00 PM | US | 4:31:00 PM | | | | | | 3:45 | 2730:45 |
| 9/14/2013 | | 7:16:00 AM | | 11:30:00 AM | | | | | | 4:15 | 2735:00 |
| 9/14/2013 | | 12:30:00 PM | US | 4:41:00 PM | | | | | | 4:15 | 2739:15 |
| 9/15/2013 | | 7:28:00 AM | | 11:32:00 AM | | | | | | 4:00 | 2743:15 |
| 9/15/2013 | | 12:30:00 PM | US | 4:40:00 PM | | | | | | 4:15 | 2747:30 |
| 9/16/2013 | 12:00 AM | Vacation No Consec | | | | | 8:00 | | | | 2755:30 |
| 9/19/2013 | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 2760:00 |
| 9/19/2013 | | 12:58:00 PM | US | 4:30:00 PM | | | | | | 3:30 | 2763:30 |
| 9/20/2013 | | 7:30:00 AM | | 12:00:00 PM | | | | | | 4:30 | 2768:00 |
| 9/20/2013 | | 1:00:00 PM | US | 4:30:00 PM | | | | | | 3:30 | 2771:30 |
| 9/21/2013 | | 7:29:00 AM | | 11:43:00 AM | | | | | | 4:15 | 2775:45 |
| 9/21/2013 | | 12:41:00 PM | US | 4:30:00 PM | | | | | | 3:45 | 2779:30 |
| 9/22/2013 | | 7:27:00 AM | | 11:43:00 AM | | | | | | 4:15 | 2783:45 |
| 9/22/2013 | | 12:40:00 PM | US | 3:17:00 PM | | | | | | 2:30 | 2786:15 |
| 9/22/2013 | 12:00 AM | Leave Without Pay<br>*Approved* | | | | | 1:15 | | | | 2787:30 |
| 9/23/2013 | | 7:27:00 AM | | 11:11:00 AM | | | | | | 3:45 | 2791:15 |
| 9/23/2013 | | 12:10:00 PM | US | 4:34:00 PM | | | | | | 4:15 | 2795:30 |
| 9/26/2013 | | 7:28:00 AM | | 11:30:00 AM | | | | | | 4:00 | 2799:30 |
| 9/26/2013 | | 12:28:00 PM | US | 4:30:00 PM | | | | | | 4:00 | 2803:30 |
| 9/27/2013 | | 7:28:00 AM | | 11:44:00 AM | | | | | | 4:15 | 2807:45 |
| 9/27/2013 | | 12:42:00 PM | US | 4:30:00 PM | | | | | | 3:45 | 2811:30 |
| 9/28/2013 | | 8:20:00 AM | | 11:29:00 AM | | | | | | 3:15 | 2814:45 |
| 9/28/2013 | | 12:29:00 PM | US | 4:34:00 PM | | | | | | 4:00 | 2818:45 |
| 9/28/2013 | 12:00 AM | Leave Without Pay | | | | | 0:45 | | | | 2819:30 |
| 9/29/2013 | | 7:28:00 AM | | 11:31:00 AM | | | | | | 4:00 | 2823:30 |

# Time Detail

Time Period: 12/23/2011 - 8/27/2014
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.

Data Up to Date: 8/22/2017 11:34:49 AM
Executed on: 8/22/2017 11:34AM GMT-04:00
Printed for: P2715215
Insert Page Break After Each Employee: No

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch<br>*Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | US | | | | | | | | |
| 9/29/2013 | | 12:30:00 PM | | 4:39:00 PM | | | | | | 4:15 | 2827:45 |
| 9/30/2013 | | 7:29:00 AM | | 11:14:00 AM | | | | | | 3:45 | 2831:30 |
| | | | US | | | | | | | | |
| 9/30/2013 | | 12:13:00 PM | | 4:31:00 PM | | | | | | 4:15 | 2835:45 |
| 10/3/2013 | | 7:28:00 AM | | 11:29:00 AM | | | | | | 4:00 | 2839:45 |
| | | | US | | | | | | | | |
| 10/3/2013 | | 12:28:00 PM | | 4:41:00 PM | | | | | | 4:15 | 2844:00 |
| 10/4/2013 | | 7:29:00 AM | | 11:29:00 AM | | | | | | 4:00 | 2848:00 |
| | | | US | | | | | | | | |
| 10/4/2013 | | 12:28:00 PM | | 4:30:00 PM | | | | | | 4:00 | 2852:00 |
| 10/5/2013 | | 7:29:00 AM | | 11:27:00 AM | | | | | | 4:00 | 2856:00 |
| | | | US | | | | | | | | |
| 10/5/2013 | | 12:26:00 PM | | 4:30:00 PM | | | | | | 4:00 | 2860:00 |
| 10/6/2013 | | 7:28:00 AM | | 11:37:00 AM | | | | | | 4:00 | 2864:00 |
| | | | US | | | | | | | | |
| 10/6/2013 | | 12:35:00 PM | | 4:54:00 PM | | | | | | 4:30 | 2868:30 |
| 10/7/2013 | | 7:30:00 AM | | 11:31:00 AM | | | | | | 4:00 | 2872:30 |
| | | | US | | | | | | | | |
| 10/7/2013 | | 12:31:00 PM | | 4:38:00 PM | | | | | | 4:15 | 2876:45 |
| 10/10/2013 | | 7:27:00 AM | | 11:52:00 AM | | | | | | 4:15 | 2881:00 |
| | | | US | | | | | | | | |
| 10/10/2013 | | 12:50:00 PM | | 4:36:00 PM | | | | | | 3:45 | 2884:45 |
| 10/11/2013 | | 7:28:00 AM | | 11:57:00 AM | | | | | | 4:30 | 2889:15 |
| | | | US | | | | | | | | |
| 10/11/2013 | | 12:55:00 PM | | 4:36:00 PM | | | | | | 3:30 | 2892:45 |
| 10/12/2013 | | 7:28:00 AM | | 12:03:00 PM | | | | | | 4:30 | 2897:15 |
| | | | US | | | | | | | | |
| 10/12/2013 | | 1:01:00 PM | | 4:32:00 PM | | | | | | 3:30 | 2900:45 |
| 10/13/2013 | | 7:28:00 AM | | 11:34:00 AM | | | | | | 4:00 | 2904:45 |
| | | | US | | | | | | | | |
| 10/13/2013 | | 12:32:00 PM | | 4:30:00 PM | | | | | | 4:00 | 2908:45 |
| 10/14/2013 | | 7:28:00 AM | | 12:12:00 PM | | | | | | 4:45 | 2913:30 |
| | | | US | | | | | | | | |
| 10/14/2013 | | 1:10:00 PM | | 4:48:00 PM | | | | | | 3:30 | 2917:00 |
| 10/17/2013 | | 7:29:00 AM | | 12:15:00 PM | | | | | | 4:45 | 2921:45 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| | | | US | | | | | | | | |
| 10/17/2013 | | 1:13:00 PM | | 4:31:00 PM | | | | | | 3:15 | 2925:00 |
| 10/18/2013 | 12:00 AM | Personal Time No Consec | | | | | 8:00 | | | | 2933:00 |
| 10/19/2013 | 12:00 AM | Vacation No Consec | | | | | 8:00 | | | | 2941:00 |
| 10/20/2013 | 12:00 AM | Leave Without Pay | | | | | 4:00 | | | | 2945:00 |
| | | *Approved* | | | | | | | | | |
| 10/20/2013 | 12:00 AM | Vacation No Consec | | | | | 4:00 | | | | 2949:00 |
| 10/21/2013 | 12:00 AM | Leave Without Pay | | | | | 8:00 | | | | 2957:00 |
| | | *Approved* | | | | | | | | | |
| 10/24/2013 | | 7:28:00 AM | | 12:01:00 PM | | | | | | 4:30 | 2961:30 |
| | | | US | | | | | | | | |
| 10/24/2013 | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 2965:00 |
| 10/25/2013 | | 7:09:00 AM | | 11:59:00 AM | | | | | | 4:45 | 2969:45 |
| | | | US | | | | | | | | |
| 10/25/2013 | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 2973:15 |
| 10/26/2013 | | 7:28:00 AM | | 12:02:00 PM | | | | | | 4:30 | 2977:45 |
| | | | US | | | | | | | | |
| 10/26/2013 | | 1:01:00 PM | | 4:51:00 PM | | | | | | 3:45 | 2981:30 |
| 10/27/2013 | | 7:29:00 AM | | 11:36:00 AM | | | | | | 4:00 | 2985:30 |
| | | | US | | | | | | | | |
| 10/27/2013 | | 12:35:00 PM | | 4:30:00 PM | | | | | | 4:00 | 2989:30 |
| 10/28/2013 | | 7:27:00 AM | | 11:56:00 AM | | | | | | 4:30 | 2994:00 |
| | | | US | | | | | | | | |
| 10/28/2013 | | 12:57:00 PM | | 4:51:00 PM | | | | | | 3:45 | 2997:45 |
| 10/31/2013 | 12:00 AM | Leave Without Pay | | | | | 1:15 | | | | 2999:00 |
| | | *No Accrued Vacation Hours* | | | | | | | | | |
| 10/31/2013 | 12:00 AM | Vacation No Consec | | | | | 6:45 | | | | 3005:45 |
| 11/1/2013 | 12:00 AM | Sick Time | | | | | 8:00 | | | | 3013:45 |
| 11/2/2013 | | 7:28:00 AM | | 11:46:00 AM | | | | | | 4:15 | 3018:00 |
| | | | US | | | | | | | | |
| 11/2/2013 | | 12:45:00 PM | | 4:32:00 PM | | | | | | 3:45 | 3021:45 |
| 11/3/2013 | | 7:29:00 AM | | 12:04:00 PM | | | | | | 4:30 | 3026:15 |
| | | | US | | | | | | | | |
| 11/3/2013 | | 1:05:00 PM | | 4:37:00 PM | | | | | | 3:30 | 3029:45 |
| 11/4/2013 | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3034:15 |
| | | | US | | | | | | | | |
| 11/4/2013 | | 1:00:00 PM | | 4:33:00 PM | | | | | | 3:30 | 3037:45 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>Xfr/Move: Account | | Apply To | In Punch<br>Comment | In Exc | Out Punch<br>Xfr: Work Rule | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/7/2013 | 12:00 AM | | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 3045:45 |
| 11/8/2013 | | | 7:27:00 AM | US | 11:59:00 AM | | | | | | 4:30 | 3050:15 |
| 11/8/2013 | | | 1:00:00 PM | | 4:40:00 PM | | | | | | 3:45 | 3054:00 |
| 11/9/2013 | | | 7:25:00 AM | US | 11:42:00 AM | | | | | | 4:15 | 3058:15 |
| 11/9/2013 | | | 12:41:00 PM | | 4:31:00 PM | | | | | | 3:45 | 3062:00 |
| 11/10/2013 | | | 7:28:00 AM | US | 11:35:00 AM | | | | | | 4:00 | 3066:00 |
| 11/10/2013 | | | 12:33:00 PM | | 4:54:00 PM | | | | | | 4:30 | 3070:30 |
| 11/11/2013 | | | 7:29:00 AM | US | 12:00:00 PM | | | | | | 4:30 | 3075:00 |
| 11/11/2013 | | | 12:59:00 PM | | 4:51:00 PM | | | | | | 3:45 | 3078:45 |
| 11/14/2013 | 12:00 AM | | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 3086:45 |
| 11/15/2013 | | | 7:29:00 AM | US | 11:59:00 AM | | | | | | 4:30 | 3091:15 |
| 11/15/2013 | | | 12:57:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3094:45 |
| 11/16/2013 | | | 7:28:00 AM | US | 11:36:00 AM | | | | | | 4:00 | 3098:45 |
| 11/16/2013 | | | 12:36:00 PM | | 4:30:00 PM | | | | | | 4:00 | 3102:45 |
| 11/17/2013 | | | 7:29:00 AM | US | 12:07:00 PM | | | | | | 4:30 | 3107:15 |
| 11/17/2013 | | | 1:06:00 PM | | 4:34:00 PM | | | | | | 3:30 | 3110:45 |
| 11/18/2013 | | | 7:30:00 AM | US | 12:13:00 PM | | | | | | 4:45 | 3115:30 |
| 11/18/2013 | | | 1:11:00 PM | | 4:33:00 PM | | | | | | 3:15 | 3118:45 |
| 11/21/2013 | 12:00 AM | | Leave Without Pay<br>*Approved* | | | | | 8:00 | | | | 3126:45 |
| 11/22/2013 | 12:00 AM | | Leave Without Pay<br>*No Accrued Vacation Hours* | | | | | 1:15 | | | | 3128:00 |
| 11/22/2013 | 12:00 AM | | Vacation No Consec | | | | | 6:45 | | | | 3134:45 |
| 11/23/2013 | 12:00 AM | | Leave Without Pay<br>*No Accrued Vacation Hours* | | | | | 8:00 | | | | 3142:45 |
| 11/24/2013 | 12:00 AM | | Leave Without Pay<br>*No Accrued Vacation Hours* | | | | | 8:00 | | | | 3150:45 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move:* | *Account* | | *Comment* | | *Xfr:* | *Work Rule* | | | | | | |
| 11/25/2013 | 12:00 AM | Leave Without Pay | | | | | | 8:00 | | | | 3158:45 |
| | | | *No Accrued Vacation Hours* | | | | | | | | | |
| 11/28/2013 | | | 7:28:00 AM | US | 10:08:00 AM | | | | | | 2:45 | 3161:30 |
| 11/28/2013 | 12:00 AM | Holiday No Consec | | | | | | 8:00 | | | | 3169:30 |
| | | | *Thanksgiving Day* | | | | | | | | | |
| 11/28/2013 | 12:00 AM | Leave Without Pay | | | | | | 5:15 | | | | 3174:45 |
| | | | *Approved* | | | | | | | | | |
| 11/29/2013 | | | 7:29:00 AM | US | 12:04:00 PM | | | | | | 4:30 | 3179:15 |
| 11/29/2013 | | | 1:03:00 PM | | 4:38:00 PM | | | | | | 3:45 | 3183:00 |
| 11/30/2013 | | | 7:25:00 AM | US | 12:29:00 PM | | | | | | 5:00 | 3188:00 |
| 11/30/2013 | | | 1:49:00 PM | LE | 4:37:00 PM | | | | | | 2:45 | 3190:45 |
| 12/1/2013 | | | 7:28:00 AM | US | 12:30:00 PM | | | | | | 5:00 | 3195:45 |
| 12/1/2013 | | | 1:29:00 PM | | 4:38:00 PM | | | | | | 3:15 | 3199:00 |
| 12/2/2013 | | | 7:26:00 AM | US | 11:40:00 AM | | | | | | 4:15 | 3203:15 |
| 12/2/2013 | | | 12:40:00 PM | | 4:43:00 PM | | | | | | 4:00 | 3207:15 |
| 12/5/2013 | 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3215:15 |
| 12/6/2013 | | | 7:28:00 AM | US | 12:29:00 PM | | | | | | 5:00 | 3220:15 |
| 12/6/2013 | | | 1:27:00 PM | | 4:46:00 PM | | | | | | 3:15 | 3223:30 |
| 12/7/2013 | 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3231:30 |
| 12/8/2013 | 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3239:30 |
| 12/9/2013 | | | 7:30:00 AM | US | 12:06:00 PM | | | | | | 4:30 | 3244:00 |
| 12/9/2013 | | | 1:11:00 PM | | 4:35:00 PM | | | | | | 3:30 | 3247:30 |
| 12/11/2013 | 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3255:30 |
| 12/13/2013 | 12:00 AM | Bereavement | | | | | | 8:00 | | | | 3263:30 |
| | | | *Family - Parent* | | | | | | | | | |
| 12/14/2013 | 12:00 AM | Bereavement | | | | | | 8:00 | | | | 3271:30 |
| | | | *Family - Parent* | | | | | | | | | |
| 12/15/2013 | 12:00 AM | Bereavement | | | | | | 8:00 | | | | 3279:30 |
| | | | *Family - Parent* | | | | | | | | | |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 12/16/2013 | 12:00 AM | Bereavement | | | | | | 8:00 | | | | 3287:30 |
| | | | *Family - Parent* | | | | | | | | | |
| 12/19/2013 | | | 7:30:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3292:00 |
| | | | | US | | | | | | | | |
| 12/19/2013 | | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3295:30 |
| 12/20/2013 | | | 7:30:00 AM | | 11:30:00 AM | | | | | | 4:00 | 3299:30 |
| | | | | US | | | | | | | | |
| 12/20/2013 | | | 12:30:00 PM | | 4:30:00 PM | | | | | | 4:00 | 3303:30 |
| 12/21/2013 | | | 7:26:00 AM | | 11:30:00 AM | | | | | | 4:00 | 3307:30 |
| | | | | US | | | | | | | | |
| 12/21/2013 | | | 12:29:00 PM | | 4:30:00 PM | | | | | | 4:00 | 3311:30 |
| 12/22/2013 | | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3316:00 |
| | | | | US | | | | | | | | |
| 12/22/2013 | | | 12:55:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3319:30 |
| 12/23/2013 | | | 7:27:00 AM | | 11:38:00 AM | | | | | | 4:15 | 3323:45 |
| | | | | US | | | | | | | | |
| 12/23/2013 | | | 12:51:00 PM | | 4:38:00 PM | | | | | | 3:45 | 3327:30 |
| | | | | LE | | | | | | | | |
| | | | *I: Tardy* | | | | | | | | | |
| 12/25/2013 | 12:00 AM | Holiday No Consec | | | | | | 8:00 | | | | 3335:30 |
| | | | *Holiday - Christmas* | | | | | | | | | |
| 12/25/2013 | 12:00 AM | Holiday No Consec | | | | | | -8:00 | | | | 3327:30 |
| | | | *Absent before or after holiday* | | | | | | | | | |
| 12/26/2013 | 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3335:30 |
| 12/27/2013 | | | 7:29:00 AM | | 12:08:00 PM | | | | | | 4:45 | 3340:15 |
| | | | | US | | | | | | | | |
| 12/27/2013 | | | 1:04:00 PM | | 4:37:00 PM | | | | | | 3:15 | 3343:30 |
| 12/28/2013 | | | 7:30:00 AM | | 11:55:00 AM | | | | | | 4:30 | 3348:00 |
| | | | | US | | | | | | | | |
| 12/28/2013 | | | 12:56:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3351:30 |
| 12/29/2013 | | | 7:27:00 AM | | 12:33:00 PM | | | | | | 5:00 | 3356:30 |
| | | | | US | | | | | | | | |
| 12/29/2013 | | | 1:33:00 PM | | 4:38:00 PM | | | | | | 3:15 | 3359:45 |
| 12/30/2013 | | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3364:15 |
| | | | | US | | | | | | | | |
| 12/30/2013 | | | 12:57:00 PM | | 4:48:00 PM | | | | | | 3:45 | 3368:00 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch<br>*Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/1/2014 | 12:00 AM | Holiday No Consec<br>*Holiday - New Year's Day* | | | | | 8:00 | | | | 3376:00 |
| 1/2/2014 | | 7:30:00 AM | | 11:57:00 AM | | | | | | 4:30 | 3380:30 |
| | | | US | | | | | | | | |
| 1/2/2014 | | 12:55:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3384:00 |
| 1/3/2014 | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3388:30 |
| | | | US | | | | | | | | |
| 1/3/2014 | | 12:57:00 PM | | 4:41:00 PM | | | | | | 3:45 | 3392:15 |
| 1/4/2014 | | 8:02:00 AM | | 12:36:00 PM | | | | | | 4:30 | 3396:45 |
| | | | US | | | | | | | | |
| 1/4/2014 | | 1:35:00 PM | | 5:11:00 PM | | | | | | 3:45 | 3400:30 |
| 1/5/2014 | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3405:00 |
| | | | US | | | | | | | | |
| 1/5/2014 | | 1:00:00 PM | | 4:35:00 PM | | | | | | 3:30 | 3408:30 |
| 1/6/2014 | | 7:26:00 AM | | 12:02:00 PM | | | | | | 4:30 | 3413:00 |
| | | | US | | | | | | | | |
| 1/6/2014 | | 1:01:00 PM | | 4:37:00 PM | | | | | | 3:30 | 3416:30 |
| 1/9/2014 | | 7:30:00 AM | | 11:56:00 AM | | | | | | 4:30 | 3421:00 |
| | | | US | | | | | | | | |
| 1/9/2014 | | 12:54:00 PM | | 4:37:00 PM | | | | | | 3:30 | 3424:30 |
| 1/10/2014 | | 7:27:00 AM | | 12:01:00 PM | | | | | | 4:30 | 3429:00 |
| | | | US | | | | | | | | |
| 1/10/2014 | | 1:01:00 PM | | 5:05:00 PM | | | | | | 4:00 | 3433:00 |
| 1/11/2014 | | 10:25:00 AM | | 4:33:00 PM | | | | | | 6:00 | 3439:00 |
| | | | US | | | | | | | | |
| 1/11/2014 | 12:00 AM | Sick Time<br>*Kin Care* | | | | | 2:00 | | | | 3441:00 |
| 1/12/2014 | | 7:28:00 AM | | 12:01:00 PM | | | | | | 4:30 | 3445:30 |
| | | | US | | | | | | | | |
| 1/12/2014 | | 1:00:00 PM | | 4:40:00 PM | | | | | | 3:45 | 3449:15 |
| 1/13/2014 | | 7:29:00 AM | | 12:18:00 PM | | | | | | 4:45 | 3454:00 |
| | | | US | | | | | | | | |
| 1/13/2014 | | 1:17:00 PM | | 4:30:00 PM | | | | | | 3:15 | 3457:15 |
| 1/16/2014 | | 7:30:00 AM | | 9:25:00 AM | | | | | | 2:00 | 3459:15 |
| | | | US | | | | | | | | |
| 1/16/2014 | 12:00 AM | Sick Time | | | | | 6:00 | | | | 3465:15 |
| 1/17/2014 | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3469:45 |

**Time Detail**

Time Period: 12/23/2011 - 8/27/2014
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.

Data Up to Date: 8/22/2017 11:34:49 AM
Executed on: 8/22/2017 11:34AM GMT-04:00
Printed for: P2715215
Insert Page Break After Each Employee: No

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| | | | US | | | | | | | | |
| 1/17/2014 | | 12:59:00 PM | | 4:35:00 PM | | | | | | 3:30 | 3473:15 |
| 1/18/2014 | | 7:29:00 AM | | 12:04:00 PM | | | | | | 4:30 | 3477:45 |
| | | | US | | | | | | | | |
| 1/18/2014 | | 1:01:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3481:15 |
| 1/19/2014 | | 7:28:00 AM | | 1:40:00 PM | | | | | | 6:15 | 3487:30 |
| | | | US | | | | | | | | |
| 1/19/2014 | | 2:40:00 PM | | 4:34:00 PM | | | | | | 1:45 | 3489:15 |
| 1/20/2014 | | 7:27:00 AM | | 12:03:00 PM | | | | | | 4:30 | 3493:45 |
| | | | US | | | | | | | | |
| 1/20/2014 | | 1:01:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3497:15 |
| 1/20/2014 12:00 AM | Holiday No Consec | | | | | | 8:00 | | | | 3505:15 |
| | | *Martin Luther King day* | | | | | | | | | |
| 1/20/2014 12:00 AM | Holiday No Consec | | | | | | -8:00 | | | | 3497:15 |
| | | *Absent before or after holiday* | | | | | | | | | |
| 1/23/2014 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3505:15 |
| 1/24/2014 12:00 AM | Sick Time | | | | | | 8:00 | | | | 3513:15 |
| 1/25/2014 | | 7:30:00 AM | | 12:12:00 PM | | | | | | 4:45 | 3518:00 |
| | | | US | | | | | | | | |
| 1/25/2014 | | 1:10:00 PM | | 4:30:00 PM | | | | | | 3:15 | 3521:15 |
| 1/26/2014 | | 7:29:00 AM | | 1:13:00 PM | | | | | | 5:45 | 3527:00 |
| | | | US | | | | | | | | |
| 1/26/2014 | | 2:13:00 PM | | 4:35:00 PM | | | | | | 2:15 | 3529:15 |
| 1/27/2014 | | 7:27:00 AM | | 12:02:00 PM | | | | | | 4:30 | 3533:45 |
| | | | US | | | | | | | | |
| 1/27/2014 | | 1:02:00 PM | | 4:44:00 PM | | | | | | 3:45 | 3537:30 |
| 1/29/2014 12:00 AM | Overtime (historical date: 12/23/2013) | | | | | | 0:15 | | | | |
| *DB73A14700/1806/310000/1500000/1075130/000/000* | | | | | | | | | | | |
| 1/30/2014 12:00 AM | Personal Time No Consec | | | | | | 8:00 | | | | 3545:30 |
| 1/31/2014 12:00 AM | Vacation No Consec | | | | | | 8:00 | | | | 3553:30 |
| 2/1/2014 | | 7:28:00 AM | | 12:02:00 PM | | | | | | 4:30 | 3558:00 |
| | | | US | | | | | | | | |
| 2/1/2014 | | 1:01:00 PM | | 4:55:00 PM | | | | | | 4:00 | 3562:00 |
| 2/2/2014 | | 7:28:00 AM | | 12:33:00 PM | | | | | | 5:00 | 3567:00 |
| | | | US | | | | | | | | |
| 2/2/2014 | | 1:33:00 PM | | 4:30:00 PM | | | | | | 3:00 | 3570:00 |
| 2/3/2014 | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3574:30 |
| | | | US | | | | | | | | |

## Time Detail

Time Period: 12/23/2011 - 8/27/2014
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.

Data Up to Date: 8/22/2017 11:34:49 AM
Executed on: 8/22/2017 11:34AM GMT-04:00
Printed for: P2715215
Insert Page Break After Each Employee: No

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 2/3/2014 | | 12:58:00 PM | | 4:34:00 PM | | | | | | 3:30 | 3578:00 |
| 2/6/2014 | | 7:29:00 AM | | 11:46:00 AM | | | | | | 4:15 | 3582:15 |
| | | | US | | | | | | | | |
| 2/6/2014 | | 12:46:00 PM | | 4:35:00 PM | | | | | | 3:45 | 3586:00 |
| 2/7/2014 | | 7:29:00 AM | | 12:42:00 PM | | | | | | 5:15 | 3591:15 |
| | | | US | | | | | | | | |
| 2/7/2014 | | 1:45:00 PM | | 4:30:00 PM | | | | | | 2:45 | 3594:00 |
| 2/8/2014 | | 7:27:00 AM | | 11:59:00 AM | | | | | | 4:30 | 3598:30 |
| | | | US | | | | | | | | |
| 2/8/2014 | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3602:00 |
| 2/9/2014 | 12:00 AM | Leave Without Pay | | | | | 2:45 | | | | 3604:45 |
| | | *Approved* | | | | | | | | | |
| 2/9/2014 | 12:00 AM | Vacation No Consec | | | | | 5:15 | | | | 3610:00 |
| 2/10/2014 | | 7:30:00 AM | | 11:51:00 AM | | | | | | 4:15 | 3614:15 |
| | | | US | | | | | | | | |
| 2/10/2014 | | 12:55:00 PM | | 4:33:00 PM | | | | | | 3:45 | 3618:00 |
| 2/13/2014 | | 7:28:00 AM | | 12:15:00 PM | | | | | | 4:45 | 3622:45 |
| | | | US | | | | | | | | |
| 2/13/2014 | | 1:15:00 PM | | 4:30:00 PM | | | | | | 3:15 | 3626:00 |
| 2/14/2014 | | 7:28:00 AM | | 12:03:00 PM | | | | | | 4:30 | 3630:30 |
| | | | US | | | | | | | | |
| 2/14/2014 | | 1:02:00 PM | | 4:33:00 PM | | | | | | 3:30 | 3634:00 |
| 2/15/2014 | | 7:27:00 AM | | 12:06:00 PM | | | | | | 4:30 | 3638:30 |
| | | | US | | | | | | | | |
| 2/15/2014 | | 1:05:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3642:00 |
| 2/16/2014 | | 7:29:00 AM | | 11:46:00 AM | | | | | | 4:15 | 3646:15 |
| | | | US | | | | | | | | |
| 2/16/2014 | | 12:45:00 PM | | 4:30:00 PM | | | | | | 3:45 | 3650:00 |
| 2/17/2014 | | 7:29:00 AM | | 12:54:00 PM | | | | | | 5:30 | 3655:30 |
| | | | US | | | | | | | | |
| 2/17/2014 | | 1:53:00 PM | | 4:30:00 PM | | | | | | 2:30 | 3658:00 |
| 2/20/2014 | | 7:29:00 AM | | 11:43:00 AM | | | | | | 4:15 | 3662:15 |
| 2/20/2014 | | 12:42:00 PM | | 4:36:00 PM | | | | | | 3:45 | 3666:00 |
| 2/21/2014 | | 7:27:00 AM | | 12:51:00 PM | | | | | | 5:15 | 3671:15 |
| | | | | | EV | | | | | | |
| 2/21/2014 | 12:00 AM | Leave Without Pay | | | | | 2:45 | | | | 3674:00 |
| | | *No Accrued Vacation Hours* | | | | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time *Xfr/Move: Account* | Apply To | In Punch *Comment* | In Exc | Out Punch *Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2014 | | 7:26:00 AM | | 11:55:00 AM | | | | | | 4:30 | 3678:30 |
| 2/22/2014 | | 12:58:00 PM | | 4:37:00 PM | | | | | | 3:30 | 3682:00 |
| 2/23/2014 | | 7:29:00 AM | | 11:57:00 AM | | | | | | 4:30 | 3686:30 |
| 2/23/2014 | | 12:56:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3690:00 |
| 2/24/2014 | | 7:28:00 AM | | 12:06:00 PM | | | | | | 4:30 | 3694:30 |
| 2/24/2014 | | 1:06:00 PM | | 4:31:00 PM | | | | | | 3:30 | 3698:00 |
| 2/27/2014 | | 7:28:00 AM | | 12:31:00 PM | | | | | | 5:00 | 3703:00 |
| 2/27/2014 | | 1:30:00 PM | | 4:32:00 PM | | | | | | 3:00 | 3706:00 |
| 2/28/2014 | | 7:28:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3711:00 |
| 2/28/2014 | | 1:29:00 PM | | 5:44:00 PM | LV | | | | | 4:15 | 3715:15 |
| 3/1/2014 | | 7:28:00 AM | | 12:45:00 PM | | | | | | 5:15 | 3720:30 |
| 3/1/2014 | | 1:44:00 PM | | 4:30:00 PM | | | | | | 2:45 | 3723:15 |
| 3/2/2014 | | 7:31:00 AM | | 11:14:00 AM | | | | | | 3:45 | 3727:00 |
| 3/2/2014 | | 12:26:00 PM | LE | 4:31:00 PM | | | | | | 4:00 | 3731:00 |
| 3/2/2014 | 12:00 AM | Leave Without Pay *Tardy* | | | | | 0:15 | | | | 3731:15 |
| 3/3/2014 | | 7:29:00 AM | | 12:09:00 PM | | | | | | 4:45 | 3736:00 |
| 3/3/2014 | | 1:08:00 PM | | 4:33:00 PM | | | | | | 3:15 | 3739:15 |
| 3/6/2014 | | 7:30:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3744:15 |
| 3/6/2014 | | 1:30:00 PM | | 4:43:00 PM | LV | | | | | 3:15 | 3747:30 |
| 3/7/2014 | 12:00 AM | Leave Without Pay *No Accrued Vacation Hours* | | | | | 1:30 | | | | 3749:00 |
| 3/7/2014 | 12:00 AM | Vacation No Consec | | | | | 6:30 | | | | 3755:30 |
| 3/8/2014 | | 7:29:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3760:30 |
| 3/8/2014 | | 1:30:00 PM | | 4:38:00 PM | LV | | | | | 3:15 | 3763:45 |
| 3/9/2014 | | 7:36:00 AM *I: Tardy* | | 11:28:00 AM | | | | | | 4:00 | 3767:45 |
| 3/9/2014 | | 12:28:00 PM | | 4:32:00 PM | | | | | | 4:00 | 3771:45 |
| 3/10/2014 | | 7:28:00 AM | | 12:07:00 PM | | | | | | 4:30 | 3776:15 |
| 3/10/2014 | | 1:06:00 PM | | 4:39:00 PM | LV | | | | | 3:45 | 3780:00 |
| 3/13/2014 | | 7:31:00 AM | | 12:34:00 PM | | | | | | 5:00 | 3785:00 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch<br>*Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/13/2014 | | 1:33:00 PM | | 4:34:00 PM | | | | | | 3:00 | 3788:00 |
| 3/14/2014 | | 7:29:00 AM | | 12:29:00 PM | | | | | | 5:00 | 3793:00 |
| 3/14/2014 | | 1:28:00 PM | | 4:34:00 PM | | | | | | 3:00 | 3796:00 |
| 3/15/2014 | | 7:28:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3801:00 |
| 3/15/2014 | | 1:29:00 PM | | 4:32:00 PM | | | | | | 3:00 | 3804:00 |
| 3/16/2014 | | 7:31:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3809:00 |
| 3/16/2014 | | 1:30:00 PM | | 4:30:00 PM | | | | | | 3:00 | 3812:00 |
| 3/17/2014 | | 7:26:00 AM | | 12:13:00 PM | | | | | | 4:45 | 3816:45 |
| 3/17/2014 | | 1:13:00 PM | | 4:33:00 PM | | | | | | 3:15 | 3820:00 |
| 3/20/2014 | | 7:26:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3825:00 |
| 3/20/2014 | | 1:29:00 PM | | 4:30:00 PM | | | | | | 3:00 | 3828:00 |
| 3/21/2014 | | 7:27:00 AM | | 12:35:00 PM | | | | | | 5:00 | 3833:00 |
| 3/21/2014 | | 1:34:00 PM | | 4:39:00 PM | | | | | | 3:15 | 3836:15 |
| | | | | | LV | | | | | | |
| 3/22/2014 | | 7:33:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3841:15 |
| 3/22/2014 | | 1:29:00 PM | | 4:30:00 PM | | | | | | 3:00 | 3844:15 |
| 3/23/2014 | | 7:27:00 AM | | 12:30:00 PM | | | | | | 5:00 | 3849:15 |
| 3/23/2014 | | 1:30:00 PM | | 4:34:00 PM | | | | | | 3:00 | 3852:15 |
| 3/24/2014 | | 7:27:00 AM | | 12:09:00 PM | | | | | | 4:45 | 3857:00 |
| 3/24/2014 | | 1:07:00 PM | | 4:40:00 PM | | | | | | 3:30 | 3860:30 |
| | | | | | LV | | | | | | |
| 3/27/2014 | | 7:30:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3865:00 |
| 3/27/2014 | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3868:30 |
| 3/28/2014 | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3873:00 |
| 3/28/2014 | | 12:58:00 PM | | 4:31:00 PM | | | | | | 3:30 | 3876:30 |
| 3/29/2014 | | 7:29:00 AM | | 12:02:00 PM | | | | | | 4:30 | 3881:00 |
| 3/29/2014 | | 1:02:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3884:30 |
| 3/30/2014 | | 7:28:00 AM | | 12:15:00 PM | | | | | | 4:45 | 3889:15 |
| 3/30/2014 | | 1:14:00 PM | | 4:31:00 PM | | | | | | 3:15 | 3892:30 |
| 3/31/2014 | | 7:28:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3897:00 |
| 3/31/2014 | | 1:00:00 PM | | 4:38:00 PM | | | | | | 3:45 | 3900:45 |
| | | | | | LV | | | | | | |
| 4/3/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | 8:00 | | | | 3908:45 |
| 4/4/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | 8:00 | | | | 3916:45 |
| 4/5/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | 8:00 | | | | 3924:45 |
| 4/6/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | 8:00 | | | | 3932:45 |

# Time Detail

Time Period: 12/23/2011 - 8/27/2014
Query: Previously Selected Employee(s)
Actual/Adjusted: Show hours worked in this period only.

Data Up to Date: 8/22/2017 11:34:49 AM
Executed on: 8/22/2017 11:34AM GMT-04:00
Printed for: P2715215
Insert Page Break After Each Employee: No

| Date/Time | | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 4/7/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 3940:45 |
| 4/10/2014 | | | 7:28:00 AM | | 12:11:00 PM | | | | | | 4:45 | 3945:30 |
| 4/10/2014 | | | 1:11:00 PM | | 4:30:00 PM | | | | | | 3:15 | 3948:45 |
| 4/11/2014 | | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 3953:15 |
| 4/11/2014 | | | 12:58:00 PM | | 4:37:00 PM | | | | | | 3:30 | 3956:45 |
| 4/12/2014 | | | 7:30:00 AM | | 12:11:00 PM | | | | | | 4:45 | 3961:30 |
| 4/12/2014 | | | 1:11:00 PM | | 4:30:00 PM | | | | | | 3:15 | 3964:45 |
| 4/13/2014 | | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 3969:15 |
| 4/13/2014 | | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3972:45 |
| | | | *O: Forgot to Punch* | | | | | | | | | |
| 4/14/2014 | | | 7:39:00 AM | | 11:55:00 AM | | | | | | 4:15 | 3977:00 |
| | | | | LV | | | | | | | | |
| 4/14/2014 | | | 12:55:00 PM | | 4:31:00 PM | | | | | | 3:30 | 3980:30 |
| 4/14/2014 | 12:00 AM | Leave Without Pay | | | | | | 0:15 | | | | 3980:45 |
| | | | *Tardy* | | | | | | | | | |
| 4/17/2014 | | | 7:29:00 AM | | 12:03:00 PM | | | | | | 4:30 | 3985:15 |
| 4/17/2014 | | | 1:03:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3988:45 |
| 4/18/2014 | | | 7:27:00 AM | | 11:59:00 AM | | | | | | 4:30 | 3993:15 |
| 4/18/2014 | | | 12:58:00 PM | | 4:30:00 PM | | | | | | 3:30 | 3996:45 |
| 4/19/2014 | 12:00 AM | Personal Time No Consec | | | | | | 8:00 | | | | 4004:45 |
| 4/20/2014 | | | 7:28:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4009:15 |
| 4/20/2014 | | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4012:45 |
| 4/21/2014 | 12:00 AM | Leave Without Pay | | | | | | 0:30 | | | | 4013:15 |
| | | | *No Accrued Sick Hours* | | | | | | | | | |
| 4/21/2014 | 12:00 AM | Sick Time | | | | | | 7:30 | | | | 4020:45 |
| 4/24/2014 | | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4025:15 |
| 4/24/2014 | | | 1:03:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4028:45 |
| 4/24/2014 | 12:00 AM | PPA ADMN-Leave Without Pay (historical date: 4/7/2014) | | | | | | -8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Leave Without Pay (historical date: 4/5/2014) | | | | | | -8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Leave Without Pay (historical date: 4/4/2014) | | | | | | -8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Leave Without Pay (historical date: 4/6/2014) | | | | | | -8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | | |

CONFIDENTIAL

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/24/2014 | 12:00 AM | PPA ADMN-Leave Without Pay (historical date: 4/3/2014) | | | | | -8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Sick Time (historical date: 4/6/2014) | | | | | 8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Sick Time (historical date: 4/4/2014) | | | | | 8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Sick Time (historical date: 4/7/2014) | | | | | 8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Sick Time (historical date: 4/3/2014) | | | | | 8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/24/2014 | 12:00 AM | PPA ADMN-Sick Time (historical date: 4/5/2014) | | | | | 8:00 | | | | |
| *DB73A14700/1806/310000/1500000/1161400/000/000* | | | | | | | | | | | |
| 4/25/2014 | | 7:29:00 AM | | 12:12:00 PM | | | | | | 4:45 | 4033:30 |
| 4/25/2014 | | 1:11:00 PM | | 4:34:00 PM | | | | | | 3:15 | 4036:45 |
| 4/26/2014 | | 7:30:00 AM | | 11:59:00 AM | | | | | | 4:30 | 4041:15 |
| 4/26/2014 | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4044:45 |
| 4/27/2014 | | 7:28:00 AM | | 12:32:00 PM | | | | | | 5:00 | 4049:45 |
| 4/27/2014 | | 1:31:00 PM | | 4:30:00 PM | | | | | | 3:00 | 4052:45 |
| 4/28/2014 | | 7:31:00 AM | | 11:30:00 AM | | | | | | 4:00 | 4056:45 |
| 4/28/2014 | | 12:30:00 PM | | 4:50:00 PM | | | | | | 4:15 | 4061:00 |
| | | | | | LV | | | | | | |
| 5/1/2014 | | 7:28:00 AM | | 11:59:00 AM | | | | | | 4:30 | 4065:30 |
| 5/1/2014 | | 12:58:00 PM | | 4:32:00 PM | | | | | | 3:30 | 4069:00 |
| 5/2/2014 | | 7:30:00 AM | | 12:04:00 PM | | | | | | 4:30 | 4073:30 |
| 5/2/2014 | | 1:04:00 PM | | 4:36:00 PM | | | | | | 3:30 | 4077:00 |
| 5/3/2014 | | 7:29:00 AM | | 12:03:00 PM | | | | | | 4:30 | 4081:30 |
| 5/3/2014 | | 1:03:00 PM | | 4:32:00 PM | | | | | | 3:30 | 4085:00 |
| 5/4/2014 | 12:00 AM | Vacation No Consec | | | | | 8:00 | | | | 4093:00 |
| 5/5/2014 | | 7:28:00 AM | | 12:01:00 PM | | | | | | 4:30 | 4097:30 |
| 5/5/2014 | | 1:01:00 PM | | 4:32:00 PM | | | | | | 3:30 | 4101:00 |
| 5/8/2014 | | 7:28:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4105:30 |
| 5/8/2014 | | 1:00:00 PM | | 4:39:00 PM | | | | | | 3:45 | 4109:15 |
| | | | | | LV | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time *Xfr/Move: Account* | Apply To | In Punch *Comment* | In Exc | Out Punch *Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/9/2014 | | 7:29:00 AM | | 12:12:00 PM | | | | | | 4:45 | 4114:00 |
| 5/9/2014 | | 1:12:00 PM | | 4:30:00 PM | | | | | | 3:15 | 4117:15 |
| 5/10/2014 | | 7:28:00 AM | | 12:25:00 PM | | | | | | 5:00 | 4122:15 |
| 5/10/2014 | | 1:25:00 PM | | 4:30:00 PM | | | | | | 3:00 | 4125:15 |
| 5/11/2014 | | 7:29:00 AM | | 12:15:00 PM | | | | | | 4:45 | 4130:00 |
| 5/11/2014 | | 1:15:00 PM | | 4:33:00 PM | | | | | | 3:15 | 4133:15 |
| 5/12/2014 | | 7:30:00 AM | | 12:05:00 PM | | | | | | 4:30 | 4137:45 |
| | | *I: Workstation Error - Java, Internet or VPN* | | | | | | | | | |
| 5/12/2014 | | 1:05:00 PM | | 4:31:00 PM | | | | | | 3:30 | 4141:15 |
| 5/15/2014 | | 7:29:00 AM | | 12:02:00 PM | | | | | | 4:30 | 4145:45 |
| 5/15/2014 | | 1:02:00 PM | | 4:35:00 PM | | | | | | 3:30 | 4149:15 |
| 5/16/2014 | | 6:57:00 AM | | 11:30:00 AM | | | | | | 4:30 | 4153:45 |
| | | | EV | | | | | | | | |
| 5/16/2014 | | 12:30:00 PM | | 4:08:00 PM | | | | | | 3:45 | 4157:30 |
| | | | | | EV | | | | | | |
| 5/17/2014 | | 6:58:00 AM | | 11:35:00 AM | | | | | | 4:30 | 4162:00 |
| | | | EV | | | | | | | | |
| 5/17/2014 | | 12:35:00 PM | | 4:11:00 PM | | | | | | 3:45 | 4165:45 |
| | | | | | EV | | | | | | |
| 5/18/2014 | | 6:58:00 AM | | 11:30:00 AM | | | | | | 4:30 | 4170:15 |
| | | | EV | | | | | | | | |
| 5/18/2014 | | 12:30:00 PM | | 4:05:00 PM | | | | | | 3:30 | 4173:45 |
| | | | | | EV | | | | | | |
| 5/19/2014 | | 6:58:00 AM | | 11:34:00 AM | | | | | | 4:30 | 4178:15 |
| | | | EV | | | | | | | | |
| 5/19/2014 | | 12:34:00 PM | | 4:26:00 PM | | | | | | 4:00 | 4182:15 |
| | | | | | EV | | | | | | |
| 5/22/2014 | | 7:00:00 AM | | 11:30:00 AM | | | | | | 4:30 | 4186:45 |
| | | | EV | | | | | | | | |
| | | *I: Accelerated Payroll* | | | | | | | | | |
| 5/22/2014 | | 12:30:00 PM | | 4:00:00 PM | | | | | | 3:30 | 4190:15 |
| | | | | | EV | | | | | | |
| 5/23/2014 | | 6:57:00 AM | | 11:33:00 AM | | | | | | 4:30 | 4194:45 |
| | | | EV | | | | | | | | |
| 5/23/2014 | | 12:33:00 PM | | 4:05:00 PM | | | | | | 3:30 | 4198:15 |
| | | | | | EV | | | | | | |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 5/24/2014 | | 6:59:00 AM | EV | 11:36:00 AM | | | | | | 4:30 | 4202:45 |
| 5/24/2014 | | 12:35:00 PM | | 4:00:00 PM | EV | | | | | 3:30 | 4206:15 |
| 5/25/2014 | | 6:59:00 AM | EV | 11:30:00 AM | | | | | | 4:30 | 4210:45 |
| 5/25/2014 | | 12:29:00 PM | | 4:00:00 PM | EV | | | | | 3:30 | 4214:15 |
| 5/26/2014 | | 6:58:00 AM | EV | 11:31:00 AM | | | | | | 4:30 | 4218:45 |
| | | | | *San Diego FT NonEx 10HR Holiday* | | | | | | | |
| 5/26/2014 | | 12:27:00 PM | | 2:14:00 PM | EV | | | | | 1:45 | 4220:30 |
| 5/26/2014 12:00 AM | | Holiday No Consec *Memorial Day* | | | | | 8:00 | | | | 4228:30 |
| 5/26/2014 12:00 AM | | Leave Without Pay *Green Time* | | | | | 1:45 | | | | 4230:15 |
| 5/29/2014 | | 6:57:00 AM | EV | 11:46:00 AM | | | | | | 4:45 | 4235:00 |
| 5/29/2014 | | 12:46:00 PM | | 4:00:00 PM | EV | | | | | 3:15 | 4238:15 |
| 5/30/2014 | | 6:58:00 AM | EV | 11:46:00 AM | | | | | | 4:45 | 4243:00 |
| 5/30/2014 | | 12:45:00 PM | | 4:01:00 PM | EV | | | | | 3:15 | 4246:15 |
| 5/31/2014 | | 6:59:00 AM | EV | 11:36:00 AM | | | | | | 4:30 | 4250:45 |
| 5/31/2014 | | 12:36:00 PM | | 4:00:00 PM | EV | | | | | 3:30 | 4254:15 |
| 6/1/2014 | | 6:58:00 AM | EV | 11:34:00 AM | | | | | | 4:30 | 4258:45 |
| 6/1/2014 | | 12:34:00 PM | | 4:00:00 PM | EV | | | | | 3:30 | 4262:15 |
| 6/2/2014 | | 6:58:00 AM | EV | 11:30:00 AM | | | | | | 4:30 | 4266:45 |
| 6/2/2014 | | 12:29:00 PM | | 4:03:00 PM | EV | | | | | 3:30 | 4270:15 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time<br>*Xfr/Move: Account* | Apply To | In Punch<br>*Comment* | In Exc | Out Punch | Out Exc<br>*Xfr: Work Rule* | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2014 | | 6:59:00 AM | EV | 12:10:00 PM | | | | | | 5:15 | 4275:30 |
| 6/5/2014 | | 1:09:00 PM | | 4:00:00 PM | EV | | | | | 2:45 | 4278:15 |
| 6/6/2014 | | 6:58:00 AM | EV | 11:33:00 AM | | | | | | 4:30 | 4282:45 |
| 6/6/2014 | | 12:33:00 PM | | 4:01:00 PM | EV | | | | | 3:30 | 4286:15 |
| 6/7/2014 | | 6:58:00 AM | EV | 11:44:00 AM | | | | | | 4:45 | 4291:00 |
| 6/7/2014 | | 12:43:00 PM | | 4:03:00 PM | EV | | | | | 3:15 | 4294:15 |
| 6/8/2014 | | 6:59:00 AM | EV | 11:41:00 AM | | | | | | 4:45 | 4299:00 |
| 6/8/2014 | | 12:40:00 PM | | 4:00:00 PM | EV | | | | | 3:15 | 4302:15 |
| 6/9/2014 | | 6:56:00 AM | EV | 11:31:00 AM | | | | | | 4:30 | 4306:45 |
| 6/9/2014 | | 12:31:00 PM | | 4:00:00 PM | EV | | | | | 3:30 | 4310:15 |
| 6/12/2014 | | 6:59:00 AM | EV | 11:34:00 AM | | | | | | 4:30 | 4314:45 |
| 6/12/2014 | | 12:33:00 PM | | 4:02:00 PM | EV | | | | | 3:30 | 4318:15 |
| 6/13/2014 12:00 AM | Vacation No Consec | | | | | | 8:00 | | | | 4326:15 |
| 6/14/2014 | | 6:58:00 AM | EV | 11:37:00 AM | | | | | | 4:30 | 4330:45 |
| 6/14/2014 | | 12:36:00 PM | | 4:02:00 PM | EV | | | | | 3:30 | 4334:15 |
| 6/15/2014 | | 6:59:00 AM | EV | 11:45:00 AM | | | | | | 4:45 | 4339:00 |
| 6/15/2014 | | 12:44:00 PM | | 4:00:00 PM | EV | | | | | 3:15 | 4342:15 |
| 6/16/2014 | | 7:00:00 AM | EV | 11:40:00 AM | | | | | | 4:45 | 4347:00 |
| 6/16/2014 | | 12:39:00 PM | | 4:00:00 PM | EV | | | | | 3:15 | 4350:15 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | *Xfr: Work Rule* | | | | | | | |
| 6/19/2014 | | 7:28:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4354:45 |
| 6/19/2014 | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4358:15 |
| 6/20/2014 | | 7:28:00 AM | | 12:01:00 PM | | | | | | 4:30 | 4362:45 |
| 6/20/2014 | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4366:15 |
| 6/21/2014 | | 7:28:00 AM | | 12:01:00 PM | | | | | | 4:30 | 4370:45 |
| 6/21/2014 | | 1:01:00 PM | | 4:46:00 PM | | | | | | 3:45 | 4374:30 |
| | | | | | LV | | | | | | |
| 6/22/2014 | | 7:25:00 AM | | 12:03:00 PM | | | | | | 4:30 | 4379:00 |
| 6/22/2014 | | 1:03:00 PM | | 4:32:00 PM | | | | | | 3:30 | 4382:30 |
| 6/23/2014 | | 7:28:00 AM | | 12:18:00 PM | | | | | | 4:45 | 4387:15 |
| 6/23/2014 | | 1:17:00 PM | | 4:36:00 PM | | | | | | 3:15 | 4390:30 |
| 6/26/2014 | | 7:28:00 AM | | 12:04:00 PM | | | | | | 4:30 | 4395:00 |
| 6/26/2014 | | 1:04:00 PM | | 4:37:00 PM | | | | | | 3:30 | 4398:30 |
| 6/27/2014 | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 4403:00 |
| 6/27/2014 | | 1:00:00 PM | | 4:34:00 PM | | | | | | 3:30 | 4406:30 |
| 6/28/2014 | | 7:29:00 AM | | 12:23:00 PM | | | | | | 5:00 | 4411:30 |
| 6/28/2014 | | 1:22:00 PM | | 4:58:00 PM | | | | | | 3:30 | 4415:00 |
| | | | | | LV | | | | | | |
| 6/29/2014 | | 7:28:00 AM | | 11:58:00 AM | | | | | | 4:30 | 4419:30 |
| 6/29/2014 | | 12:57:00 PM | | 4:31:00 PM | | | | | | 3:30 | 4423:00 |
| 6/30/2014 | | 7:28:00 AM | | 11:59:00 AM | | | | | | 4:30 | 4427:30 |
| 6/30/2014 | | 12:59:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4431:00 |
| 7/3/2014 | | 7:30:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4435:30 |
| | | *I: Accelerated Payroll* | | | | | | | | | |
| 7/3/2014 | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4439:00 |
| 7/4/2014 | | 7:30:00 AM | | 12:01:00 PM | | | | | | 4:30 | 4443:30 |
| | | | | *San Diego FT NonEx 10HR Holiday* | | | | | | | |
| 7/4/2014 | | 1:00:00 PM | | 4:31:00 PM | | | | | | 3:30 | 4447:00 |
| 7/4/2014 12:00 AM | Holiday No Consec | | | | | | 8:00 | | | | 4455:00 |
| | | *Independence Day* | | | | | | | | | |
| 7/5/2014 | | 7:27:00 AM | | 11:30:00 AM | | | | | | 4:00 | 4459:00 |
| 7/5/2014 | | 12:30:00 PM | | 4:31:00 PM | | | | | | 4:00 | 4463:00 |
| 7/6/2014 | | 7:27:00 AM | | 11:30:00 AM | | | | | | 4:00 | 4467:00 |
| 7/6/2014 | | 12:30:00 PM | | 4:30:00 PM | | | | | | 4:00 | 4471:00 |
| 7/7/2014 | | 7:30:00 AM | | 11:57:00 AM | | | | | | 4:30 | 4475:30 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time *Xfr/Move: Account* | Apply To | In Punch *Comment* | In Exc | Out Punch *Xfr: Work Rule* | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2014 | | 12:57:00 PM | | 4:55:00 PM | | | | | | 4:00 | 4479:30 |
| | | | | | LV | | | | | | |
| 7/10/2014 | | 7:29:00 AM | | 12:16:00 PM | | | | | | 4:45 | 4484:15 |
| 7/10/2014 | | 1:15:00 PM | | 4:33:00 PM | | | | | | 3:15 | 4487:30 |
| 7/11/2014 | | 7:26:00 AM | | 11:59:00 AM | | | | | | 4:30 | 4492:00 |
| 7/11/2014 | | 12:58:00 PM | | 4:35:00 PM | | | | | | 3:30 | 4495:30 |
| 7/12/2014 | | 7:28:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4500:00 |
| | | | | | EV | | | | | | |
| | | *O: Lunch Break* | | | | | | | | | |
| 7/12/2014 | | 3:00:00 PM | | 5:45:00 PM | | | | | | 2:45 | 4502:45 |
| | | | LV | | LV | | | | | | |
| 7/13/2014 | | 7:29:00 AM | | 12:00:00 PM | | | | | | 4:30 | 4507:15 |
| 7/13/2014 | | 1:00:00 PM | | 4:30:00 PM | | | | | | 3:30 | 4510:45 |
| 7/14/2014 12:00 AM | ADMN-Sick Time | | | | | | 8:00 | | | | 4518:45 |
| | | *Pending Disability* | | | | | | | | | |
| 7/17/2014 12:00 AM | ADMN-Sick Time | | | | | | 8:00 | | | | 4526:45 |
| | | *Pending Disability* | | | | | | | | | |
| 7/18/2014 12:00 AM | ADMN-Personal Time No Consec | | | | | | 4:00 | | | | 4530:45 |
| 7/18/2014 12:00 AM | ADMN-Sick Time | | | | | | 4:00 | | | | 4534:45 |
| 7/19/2014 12:00 AM | ADMN-Personal Time No Consec | | | | | | 4:00 | | | | 4538:45 |
| 7/19/2014 12:00 AM | ADMN-Vacation No Consec | | | | | | 4:00 | | | | 4542:45 |
| 7/20/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 1:15 | | | | 4544:00 |
| 7/20/2014 12:00 AM | ADMN-Vacation No Consec | | | | | | 6:45 | | | | 4550:45 |
| 7/21/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4558:45 |
| 7/24/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4566:45 |
| 7/25/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4574:45 |
| 7/26/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4582:45 |
| 7/27/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4590:45 |
| 7/28/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4598:45 |
| 7/31/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4606:45 |
| 8/1/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4614:45 |
| 8/2/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4622:45 |
| 8/3/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4630:45 |
| 8/4/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4638:45 |
| 8/7/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4646:45 |
| 8/8/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4654:45 |
| 8/9/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4662:45 |
| 8/10/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4670:45 |
| 8/11/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4678:45 |
| 8/14/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4686:45 |
| 8/15/2014 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4694:45 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Date/Time | | Apply To | In Punch | In Exc | Out Punch | Out Exc | Override Amount | Adj/Ent Amount | Money Amount | Day Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Xfr/Move: Account* | | *Comment* | | | *Xfr: Work Rule* | | | | | | | |
| 8/16/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4702:45 |
| 8/17/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4710:45 |
| 8/18/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4718:45 |
| 8/21/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4726:45 |
| 8/22/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4734:45 |
| 8/23/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4742:45 |
| 8/24/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4750:45 |
| 8/25/2014 | 12:00 AM | ADMN-Leave Without Pay | | | | | | 8:00 | | | | 4758:45 |

| Labor Account Summary | Pay Code | Hours | Money | Days |
|---|---|---|---|---|
| DB69A14010/8309/310000/3410002/1100032/000/000 | | | | |
| | Holiday | 24:00 | | |
| | Total Holiday | 24:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 112:00 | | |
| | Vacation | 88:00 | | |
| DB69A14900/2091/310000/3410000/1100032/000/000 | | | | |
| | Holiday | 8:00 | | |
| | Total Holiday | 8:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 40:00 | | |
| | Vacation | 32:00 | | |
| DB69A14900/2091/310000/3410000/1109206/000/000 | | | | |
| | Holiday | 8:00 | | |
| | Total Holiday | 8:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 8:00 | | |
| DB69A19510/1035/310000/3410000/1100032/000/000 | | | | |
| | Sick Time | 8:00 | | |
| DB73A14700/1806/310000/1500000/1075130/000/000 | | | | |
| | Actual Hours FMLA | 336:00 | | |
| | Holiday No Consec | 8:00 | | |
| | Leave Without Pay | 5:30 | | |
| | Overtime | 10:45 | | |
| | Personal Time No Consec | 8:00 | | |
| | Regular | 325:15 | | |
| | Sick Time | 32:00 | | |
| | Total Holiday | 8:00 | | |
| | Total OVT DBL | 10:45 | | |
| | Total REG OVT DBL | 336:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 346:30 | | |

**Time Detail**

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| | | |
|---|---|---|
| | Vacation No Consec | 13:15 |
| DB73A14700/1806/310000/1500000/1161400/000/000 | | |
| | Actual Hours FMLA | 700:15 |
| | ADMN-Leave Without Pay | 249:15 |
| | ADMN-Personal Time No Consec | 8:00 |
| | ADMN-Sick Time | 20:00 |
| | ADMN-Vacation No Consec | 10:45 |
| | Holiday No Consec | 16:00 |
| | Leave Without Pay | 4:15 |
| | Overtime | 19:45 |
| | Overtime Holiday Worked | 14:15 |
| | Personal Time No Consec | 8:00 |
| | PPA ADMN-Leave Without Pay | -40:00 |
| | PPA ADMN-Sick Time | 40:00 |
| | Regular | 680:30 |
| | Sick Time | 7:30 |
| | Total FMLA LWOP | 209:15 |
| | Total FMLA Personal and Vacation | 8:00 |
| | Total FMLA Sick | 60:00 |
| | Total FMLA Sick IN | 38:45 |
| | Total Holiday | 16:00 |
| | Total OVT DBL | 19:45 |
| | Total REG OVT DBL | 700:15 |
| | Total REG VAC PER HOL HOLOVTWRKD | 812:00 |
| | Vacation No Consec | 22:30 |
| DB73A19510/1806/310000/1500000/1075130/000/000 | | |
| | Actual Hours FMLA | 1279:00 |
| | Bereavement | 40:00 |
| | CA Meal Penalty Paid | 2:00 |
| | Holiday No Consec | 32:00 |
| | Leave Without Pay | 136:15 |
| | Overtime | 20:15 |
| | Overtime Holiday Worked | 12:45 |
| | Personal Time No Consec | 32:00 |
| | Regular | 1258:45 |
| | Shift2 | 50:00 |
| | Sick Time | 72:00 |
| | Total Holiday | 32:00 |

CONFIDENTIAL

GIBBS000184

EXHIBIT 4 - PAGE 70

Page 50

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| | Pay Code | Hours | Money | Days |
|---|---|---|---|---|
| | Total OVT DBL | 20:15 | | |
| | Total REG OVT DBL | 1279:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 1343:30 | | |
| | Vacation No Consec | 40:00 | | |
| DB73A19510/1806/310000/150SH30/1037596/000/000 | | | | |
| | Actual Hours FMLA | 1273:45 | | |
| | CA Meal Penalty Paid | 1:00 | | |
| | Holiday No Consec | 40:00 | | |
| | Leave Without Pay | 36:30 | | |
| | Overtime | 37:45 | | |
| | Overtime Holiday Worked | 24:45 | | |
| | Personal Time No Consec | 32:00 | | |
| | Regular | 1236:00 | | |
| | Sick Time | 22:30 | | |
| | Sick Time-Family | 14:00 | | |
| | Total Holiday | 40:00 | | |
| | Total OVT DBL | 37:45 | | |
| | Total REG OVT DBL | 1273:45 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 1340:45 | | |
| | Vacation No Consec | 40:00 | | |

| Combined Pay Code Summary | Pay Code | Hours | Money | Days |
|---|---|---|---|---|
| | Actual Hours FMLA | 3589:00 | | |
| | Total FMLA LWOP | 209:15 | | |
| | Total FMLA Personal and Vacation | 8:00 | | |
| | Total FMLA Sick | 60:00 | | |
| | Total FMLA Sick IN | 38:45 | | |
| | Total Holiday | 136:00 | | |
| | Total OVT DBL | 88:30 | | |
| | Total REG OVT DBL | 3589:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 4002:45 | | |
| Totals: | | 11721:15 | $0.00 | 0.00 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

**Employee:** Gibbs, Laurence E **ID:** 1159850 **Time Zone:** Pacific

| Pay Code Summary | Pay Code | Hours | Money | Days |
|---|---|---|---|---|
| | ADMN-Leave Without Pay | 249:15 | | |
| | ADMN-Personal Time No Consec | 8:00 | | |
| | ADMN-Sick Time | 20:00 | | |
| | ADMN-Vacation No Consec | 10:45 | | |
| | Bereavement | 40:00 | | |
| | CA Meal Penalty Paid | 3:00 | | |
| | Holiday | 40:00 | | |
| | Holiday No Consec | 96:00 | | |
| | Leave Without Pay | 182:30 | | |
| | Overtime | 88:30 | | |
| | Overtime Holiday Worked | 51:45 | | |
| | Personal Time No Consec | 80:00 | | |
| | PPA ADMN-Leave Without Pay | -40:00 | | |
| | PPA ADMN-Sick Time | 40:00 | | |
| | Regular | 3500:30 | | |
| | Shift2 | 50:00 | | |
| | Sick Time | 142:00 | | |
| | Sick Time-Family | 14:00 | | |
| | Vacation | 120:00 | | |
| | Vacation No Consec | 115:45 | | |
| Totals: | | 4812:00 | $0.00 | 0.00 |

# Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 12/23/2011 - 8/27/2014 | Data Up to Date: | 8/22/2017 11:34:49 AM |
| Query: | Previously Selected Employee(s) | Executed on: | 8/22/2017 11:34AM GMT-04:00 |
| Actual/Adjusted: | Show hours worked in this period only. | Printed for: | P2715215 |
| | | Insert Page Break After Each Employee: | No |

| Combined Pay Code Summary | | Hours | Money | Days |
|---|---|---|---|---|
| | Actual Hours FMLA | 3589:00 | | |
| | Total FMLA LWOP | 209:15 | | |
| | Total FMLA Personal and Vacation | 8:00 | | |
| | Total FMLA Sick | 60:00 | | |
| | Total FMLA Sick IN | 38:45 | | |
| | Total Holiday | 136:00 | | |
| | Total OVT DBL | 88:30 | | |
| | Total REG OVT DBL | 3589:00 | | |
| | Total REG VAC PER HOL HOLOVTWRKD | 4002:45 | | |
| Totals: | | 11721:15 | $0.00 | 0.00 |

| Pay Code Summary | | Hours | Money | Days |
|---|---|---|---|---|
| | ADMN-Leave Without Pay | 249:15 | | |
| | ADMN-Personal Time No Consec | 8:00 | | |
| | ADMN-Sick Time | 20:00 | | |
| | ADMN-Vacation No Consec | 10:45 | | |
| | Bereavement | 40:00 | | |
| | CA Meal Penalty Paid | 3:00 | | |
| | Holiday | 40:00 | | |
| | Holiday No Consec | 96:00 | | |
| | Leave Without Pay | 182:30 | | |
| | Overtime | 88:30 | | |
| | Overtime Holiday Worked | 51:45 | | |
| | Personal Time No Consec | 80:00 | | |
| | PPA ADMN-Leave Without Pay | -40:00 | | |
| | PPA ADMN-Sick Time | 40:00 | | |
| | Regular | 3500:30 | | |
| | Shift2 | 50:00 | | |
| | Sick Time | 142:00 | | |
| | Sick Time-Family | 14:00 | | |
| | Vacation | 120:00 | | |
| | Vacation No Consec | 115:45 | | |
| Totals: | | 4812:00 | $0.00 | 0.00 |

Total Number of Employees: 1

# EXHIBIT 5

EXHIBIT 5 - PAGE 74

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR COUNTY OF SAN DIEGO

JESSICA HUENEBERG, an individual, on behalf of herself and other aggrieved employees,

Plaintiffs,

vs.

TWC ADMINISTRATION, LLC, a Delaware limited liability company, and DOES 1-10, inclusive

Defendants.

Case No. 37-2016-00018788-CU-OE-CTL

VIDEOTAPED DEPOSITION OF JESSICA J. HUENEBERG
San Diego, California
Wednesday, May 17, 2017

Reported by:
BARBARA A. BAKER
RPR, CSR No. 13033
Job No. 2614958

Pages 1 - 197

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR COUNTY OF SAN DIEGO

JESSICA HUENEBERG, an individual, on behalf of herself and other aggrieved employees,

Plaintiffs,

vs.

TWC ADMINISTRATION, LLC, a Delaware limited liability company, and DOES 1-10, inclusive,

Defendants.

Case No. 37-2016-00018788-CU-OE-CTL

Deposition of JESSICA J. HUENEBERG, taken on behalf of Defendants at 550 West C Street, Suite 800, San Diego, California, beginning at 9:54 a.m. and ending at 2:46 p.m. on May 17, 2017, before BARBARA A. BAKER, Certified Shorthand Reporter No. 13033.

APPEARANCES:

For Plaintiff:

THE MARKHAM LAW FIRM
BY: MICHAEL MORPHEW
Attorney at Law
750 B Street
San Diego, California 92101
619.399.3995
619.615.2067 Fax
Mmorphew@markham-law.com

For Defendant:

KABAT CHAPMAN & OZMER
BY: JOSEPH W. OZMER, II
Attorney at Law
J. SCOTT CARR
Attorney at Law
171 17th Street NW
Suite 1550
Atlanta, Georgia 30363
404.4007300
Jozmer@kcozlaw.com

The Videographer:

JEREMY LEMASTER, VERITEXT LEGAL SOLUTIONS

issue.

But are you claiming that they would force you to miss lunch all together?

A. No.

Q. And you were required to take your lunch off the call center floor; correct?

A. Yes.

Q. All right. So you're not claiming you were required to work on lunch?

A. No.

Q. All right. So it's the late lunch issue?

A. Yes.

Q. All right. And all -- and your complaint is related to the first lunch period and the five-hour rule, as we'll call it?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. Anything else on -- anything else on meal periods?

A. No.

Q. All right. Do you know Carmen Fuller?

A. I know a person named Carmen. I do not know her last name is Fuller.

Q. Okay. Do you know if -- is the Carmen that you

Q. You had a lot of leaves of absence?
A. Yes.
Q. And typically, how long would the leaves of absence last?
A. They could be days, or they could be -- I mean, for the summer of 2016, I was pretty much gone.
Q. Okay.
A. Or maybe it wasn't the summer. Maybe -- I don't know. I'm sorry. Maybe I'm getting my dates wrong.
Q. It's all right. We can -- you know, there's documents that we can look at to help with that.
But you were on a lot of leaves of absences for health issues?
A. For health issues. And, unfortunately, there were two incidents with my husband, and I took leave of absences for those.
Q. And were they health issues with him?
A. Yes, they were.
Q. Okay. And at some point during your -- because of health issues you were having, you worked from home; is that correct?
A. Yeah.
Q. What period of time did you work from home?
A. I don't remember the -- the -- in my two years,

it's kind of a little bit of a blur. So I couldn't give you specific dates. But it was not very long.

Q. Was it from approximately June of 2015 to around December of 2015?

A. That may be correct.

Q. Okay. About six months?

A. I don't know if it was that long. But, again, I hate to state something on the record that I can't definitively say yes or no to because I don't remember the amount of time.

Q. Okay. Fair enough.

Are you claiming -- when you would work from home, are you claiming violations for starting up your -- loading up your tools in the morning before clocking in while you were at home?

A. Again, a lot of the -- it takes longer. I hate to answer this question because so much of it dictates around day-to-day activity.

So I could log in at home, and it could take very short amount of time to log in. Other times, I could log in, and it could take longer to clock in.

And I don't want to speculate on the time because I wasn't, at that time, taking a stopwatch. But it was never predictable.

Q. Okay. And was that the case whether you were

at home or whether you were on the call center floor? Sometimes it could be very quick to log in and other times it could take longer?

A. Absolutely.

Q. And if it took a long time to log in because of your computer, there was a way that you could let your supervisor know that and get credit for the time that you were struggling to get clocked in; is that correct?

A. Yes.

Q. All right. And you used that method with Christina Ridge to get her to fix your time punches, to pay you for time when you were having problems with your computer to get started up?

A. When it would go into the -- like past a half an hour, yes.

Q. Okay.

A. Or along those lines, when it was not just, you know, ten minutes or, you know, five to ten minutes. But when it's so bad that you would get a coaching.

Q. Okay. Well, weren't there times where -- when it took you ten, 12 minutes to log in, that you asked her to correct your time, and she did that?

A. I'm not aware of the exact amount of time. But, again, if it would be something that would definitely result in coaching and disciplinary action, I

would have her -- I did ask her.

Q. Did -- was there ever a time when you asked Christina Ridge to fix your time punch that she refused to do so?

A. Not that she refused to do so. But it was just ignored.

Q. Okay. So there were times where you asked her, where she didn't say no, but that she didn't change it?

A. Yes.

Q. Okay. How would you -- how would you ask her on those occasions where it didn't happen? Did you ask her via e-mail, or did you ask her just verbally?

A. Like shouting across the call center. We're maybe a few heads away.

Q. Okay. Was there ever a time when you provided her with an e-mail or some writing that said, I need my time changed, that she didn't do it?

A. I don't think so.

Q. You think every time you sent her an e-mail and said, could you please fix my time punch because I had computer problem, you think she fixed it?

A. Again, I can't recall --

Q. Okay.

A. -- if it was always in writing or if it was not always in writing. I worked in close proximity to her.

A. Absolutely.

Q. All right. And it'd be -- when you would come -- when you would get ready to start your day in the morning, you would have no way to know whether it was going to be two minutes or whether it was going to be 12 minutes; is that right?

A. Yes.

Q. All right. And would it be difficult to estimate how long it's going to take you every day to clock in?

A. Absolutely.

Q. Were there ever times when you were on your -- on the floor and on your computer, but you were not working? You were on some non-work website?

A. Yes.

Q. Okay. That was like sometimes before your shift, you would come in early, and you would be on the computer, but you would be surfing the web, for lack of a better term?

A. Yes.

Q. And that was allowed?

A. They would intermittently crack down on it for lack -- crack down. So officially, it was against company policy.

I'm sure there is a notation somewhere that you

But just Avaya itself typically loads very quickly. Is that true?

A. Yes. If it was down or there was a glitch, that is very intermittent. But Avaya typically loaded quickly.

Q. Okay. And when you would -- when you would start your computer if it was shut off or unlock it and log in if it was running and just locked, Avaya was a program that would -- it would come up.

You have to log into it. But the program itself would come up on its own; right?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. Okay. But other programs, like AAD and ACSR or CSG -- let me ask you.

Did you use CSR or -- CSG -- was it CSG?

A. It -- the term ACR --

Q. ACSR.

A. ACSR and CSG are pretty much interchangeable.

Q. Okay.

A. It was labeled ACSR and CSG.

Q. Got it.

A. So . . .

Q. And then there was -- there was also AAD;

can't get a call?

A. Correct.

Q. All right. And if you were on a phone call, you could click -- let's say, you're on a phone call and you know your rest break is coming up.

A. Uh-huh.

Q. That you're going to want to take your rest break once you get off that call.

During the call, you could click on the "rest break" aux code. And as soon as you hang up the phone, it'll actually put you in that code; is that right?

A. Correct.

Q. You could do the same thing for lunch; is that correct?

A. Correct.

Q. So while you were on a call, if you know that you're going to want to take your lunch or rest break after the call, you're supposed to click the aux code so that you don't get another call once you hang up; is that right?

A. Correct.

Q. Okay. And that's what they would train you to do as your break was approaching?

A. There was at a period of time some discrepancy about when the break and/or personal or whatever aux

Q. All right. Do you know whether she was checking up -- you know, making sure -- expressing concern for your welfare? Do you recall?
A. I don't -- I can't say.
Q. That's fair enough. Okay. The -- we were just talking about some times that were busier than others for calls.
Was there an average call handle time metric that they would measure you by?
A. Yes.
Q. And was the goal for that about nine minutes?
A. Approximately, from what I remember.
Q. They wanted you to complete your calls in nine minutes or less?
A. Something along those lines, yes.
Q. Were you typicality good about meeting that goal?
A. I would say that that was probably my hardest metric to meet. I -- but I typically excelled in other metrics.
Q. Okay. And I -- you know, I've seen documentation where Ms. Ridge said you were a good -- a good CSR.
So why do you think that that was a hard metric for you to meet?

eligibility for bonus --or not eligibility, but the amount of your bonus? Was it factored into the scorecard at all?

A. I don't believe so.

Q. Okay. It -- so -- but it would be something that you could be coached on or would be coached on if your adherence was not good?

A. Yes.

Q. And what schedule adherence meant was it considered starting work on time; right?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. And taking your -- your rest breaks on time; correct?

A. Yes.

Q. And they wanted you to take full 15-minute rest breaks; right?

A. Yes.

Q. And it also considered whether you took your lunch break on time; correct?

A. Yes.

Q. And it considered whether you took a full one-hour lunch?

A. Yes.

Q. And it goes until 10:15, which is a 15-minute break, as we talked about earlier?
A. Yes.
Q. And then your -- so that's two hours into your shift, which would be your first rest break?
A. Yes.
Q. All right. And then your lunch break is at 12:30?
A. Yes.
Q. So that'd be four and half hours into your shift, is when your lunch was scheduled for?
A. Yes.
Q. And then your second rest break would be -- was at 3:15; correct?
A. Yes.
Q. So you would return from lunch at 1:30?
A. I hope. I mean . . .
Q. Right. That's what the schedule says?
A. Yes.
Q. All right. And so the second rest break is scheduled for -- I guess it's like an hour and 45 minutes after you come back from lunch?
A. Yes.
Q. All right. Was that pretty typical of your schedule on the 8:00 o'clock shift?

Q. All right. And do you -- is it correct that they would -- that people -- other people who worked the same shift as you, they would stagger your breaks and your lunches a little bit, so that everybody wasn't gone at the same time on break, and everybody wasn't on gone at the same time on lunch.

Is that how it worked?

A. I would assume so. And that seems correct.

Q. Okay. So somebody else on the 8:00 o'clock shift might have their first rest break at 9:45 instead of 10:00?

A. Correct.

Q. Okay. And I think -- did you sometimes -- on the 8:00 o'clock shift, you sometimes had your lunch at 12:00 instead of 12:30?

A. Correct.

Q. Was it ever -- on your segments, was it ever scheduled for later than 12:30 when you worked the 8:00 o'clock shift?

A. I would be lying if I told you I remembered every segment during my 8:00 o'clock shift.

Q. Okay. You don't have any specific memory of it ever being scheduled later than 12:30, do you?

A. I don't -- I can't say either way.

Q. Okay.

A. It seems unlikely that they would schedule it later than four and a half hours.

Q. Okay. Did you know -- were you aware of a rule or a guideline on -- that they would try to schedule the lunch at the four-and-a-half-hour point or earlier? Had you ever heard that?

A. Not -- no. But it makes sense.

Q. Okay. I think we're done with that one.

MR. OZMER: How much space do you have left?

THE VIDEOGRAPHER: We have six minutes left.

MR. OZMER: Six minutes. Bear with me. Not for the day, but until we get another break for lunch.

Okay. I'm handing you what's been marked as Exhibit 5. And it's just another schedule. And I've given your attorney a copy.

(Exhibit 5 marked)

BY MR. OZMER:

Q. Does this appear to you to be another e-mail from Kelly Kingsbury to Christina Ridge?

A. Yes.

Q. And he's asking a question. He's letting her know that, "logged agent out at 5:35 p.m. after being in ACW for 22 minutes"; is that correct?

A. Yes.

Q. ACW is After Call Work?

THE VIDEOGRAPHER: We are back on record at 12:31 p.m. This marks the beginning of media number two in the deposition of Jessica Hueneberg.

BY MR. OZMER:

Q. Okay. Before we went to lunch, we were talking about your schedules and your segments; right?

A. Uh-huh, yes.

Q. And your supervisors would emphasize to you that it was important that you try to take your rest breaks and your lunch breaks in accordance with the schedule; is that correct?

A. Yes.

MR. OZMER: Okay. Let's look at this. This has been marked as Exhibit 6. A copy for your counsel.

(Exhibit 6 marked)

BY MR. OZMER:

Q. If you look on the second page, it's another one of your schedules that is sent. And your lunch break there was scheduled for 12:30; is that correct?

A. Yes.

Q. Okay. And then Christina Ridge said, "Jessica, please be sure to follow your schedule as posted in EWFM as closely as possible as goal is 89 percent."

Is that right?

would it not hurt it until 12:40, or do you know one way or the other?

A. I don't know one way or the other.

Q. Okay. And here, there was some issue with you not taking your lunch at the time it was scheduled; is that correct?

A. Yes. As you could see, it was earlier that I took my lunch.

Q. Okay. And she's asking -- what she's basically telling you to do is try to adhere to the schedule?

A. Yes.

Q. And also, if you were taking your lunch later than you were supposed to, they would tell you then, also, to try to adhere to the schedule; right?

A. I'm sure they would, unless there was a situation that was happening, like a phone call.

Q. Okay. Well --

A. Or a meeting.

Q. Okay. How often would you have a meeting that would interfere with your lunch period?

A. Every couple -- I would say every few months or so. It wasn't a consistent thing; however, it did happen.

Q. Okay. And there were some occasions where you had a late lunch where they actually paid you a meal

penalty; is that correct?

A. I did not see any on my pay periods.

MR. OZMER: Let me hand you what's been marked as Exhibit 7. One for your counsel.

(Exhibit 7 marked)

BY MR. OZMER:

Q. All right. Do you recognize what this document is?

A. Yes.

Q. What is this document?

A. It's a breakdown of my payment.

Q. It's a what we call wage statement sometimes?

A. Okay.

Q. And it has your name there in the left-hand upper area: "Jessica Hueneberg"?

A. Yes.

Q. Hueneberg. I apologize. Lundy is easier. I should just say that.

All right. And this is for the pay period of September 12th, 2014, to September 25th, 2014.

Do you see that in the upper right?

A. Yes.

Q. All right. And then if you look at the hours and earnings, go to the fourth line down.

Do you see where it says, "meal penalty"?

A. Yes.

Q. All right. And it says, "Rate: $18"; is that correct?

A. Yes.

Q. And then it says, "Hours: One"; right?

A. Yes.

Q. And then it says, "Earnings: $18"; is that correct?

A. Yes.

Q. Does this refresh your recollection as to whether or not you ever got meal penalties for late meal periods?

A. I guess I did. I was not aware that I did.

Q. Okay. Would you typically -- let me ask you this.

Did you elect to get your wage statements like this exhibit that we're looking at? Did you elect to get those mailed -- or get hard copies of those, or would you get them from off the company internet?

A. Off the company internet.

Q. Okay. So that was one of the options that you could access them, your wage statement. Every pay period, you could access it on the company internet?

A. Yes.

Q. Would you look at your wage statement every pay

(Exhibit 8 marked)

BY MR. OZMER:

Q. This is a -- is this another one of your wage statements, ma'am?

A. Yes.

Q. And this one is for the pay period from April 24th, 2015, to May 7, 2015?

A. Yes.

Q. All right. And if you look in the Hours and Earnings, do you see down, the fourth from the bottom where it says "meal penalty"?

A. Yes.

Q. And it has a rate of 18.54; correct?

A. Yes.

Q. And it has one hour; correct?

A. Yes.

Q. And then the Earnings, they pay you 18.54 and a meal penalty during this pay period?

A. Yes.

Q. All right. Does this do anything to refresh your recollection about whether or not you received meal penalties?

A. I -- obviously, in front of me, with the education I have now, I did receive them.

Q. And do you have any recollection as to what

supervisor, or would you just follow the routine you just told me about?

A. It depends on the day. There were some days where, again, I would stop over and say hi. And her desk and my desk were pretty close to each other. So it was definitely a gab session --

Q. Okay.

A. -- early in the morning.

Q. Between you and Christina?

A. And other co-workers, yes.

Q. Sure. And were Christina's hours the same as yours when you were on the 8:00 o'clock shift?

A. I'm not -- I can't really say if she started at 8:00 o'clock. But it was close to, if she wasn't there a little bit earlier. I don't know if --

Q. Okay.

A. -- that's asking me for her hours.

Q. Okay. On the 5:45 shift, who was your supervisor?

A. Aaron Powell.

Q. And was he there when you would arrive?

A. No.

Q. All right. What time would he show up?

A. To be honest, I can't even tell you.

Q. Okay. So you don't know what his hours were?

A. Exactly.

Q. Would you ever -- in addition to maybe having what you called a gab session with Christina, would you ever have -- would you have gab sessions with other employees as well when you were early?

A. Yeah.

Q. All right. I'm sure you're happy to see me discarding some of these.

A. I didn't even realize you were doing that.

MR. OZMER: All right. I'm going to hand you what's been marked as Exhibit 9. I'm sorry. I'm not. That's the wrong one.

Now I really am going to hand you what's been marked as Exhibit 9. One for your counsel.

(Exhibit 9 marked)

BY MR. OZMER:

Q. All right. Exhibit 9. It says it's a -- at the top, it says. "Timekeeping Policy Acknowledgement"; is that correct?

A. Yes.

Q. And then in the left -- bottom left, where it says, Employee signature," is that your signature?

A. Yes.

Q. And it's dated June 30th, 2014.

Was that at the start of your employment at the

company?

A. Yes.

Q. Okay. Look in the last sentence of the first paragraph. Can you read me that last sentence, the one that starts with "All hours worked."

A. I'm looking for where . . .

Q. The last sentence of the very first paragraph, right here.

A. "All hours worked, benefit, and leave time must be accurately reflected on the timecard."

Q. Did you understand that requirement?

A. I was probably handed a thick sheet of paperwork at the beginning of my employment and just quickly signed all of them.

So I can't say that I read through this with these specific -- you know, through this perspective.

Q. Okay. Do you know whether or not you would have read this document before you signed it?

A. I probably glanced at it.

Q. Okay.

A. At the title and -- but to be honest with you, I probably did not read the whole thing.

Q. Do you typically sign documents that you don't read?

A. During hiring processes where you are handed a

read it.

It says, "Additionally, Time Warner Cable has a strict timekeeping policy regarding nonexempt hourly employees. All employees are to take paid rest breaks 15 minutes for each four hours of work."

I'll stop there.

Did you understand that policy?

A. Yes.

Q. It also says, "Employees must take an unpaid lunch break of 60 minutes during each shift of six hours or more."

Did I read that correctly?

A. Yes.

Q. And you understood that policy as well?

A. Yes.

Q. And then it says, "Employees are never to punch out and keep working, otherwise known as working off the clock."

Did you understand -- well, let me ask you about -- let me read the next line.

And then it says, "Working off the clock is strictly prohibited."

Did you understand that Time Warner Cable's policy strictly prohibited working off the clock?

A. Again, the definition of working off the clock

is kind of where it ends up, in my opinion, is arbitrary position.

Q. Okay. Let me -- we'll talk about that definition in a second.

But setting aside the definition of working off the clock, did you understand that Time Warner Cable's actual policies strictly prohibit working off the clock?

A. I did not read this -- signed. I did not read this before I signed it. And so, no, I can't say that, quote, unquote, "working off the clock is strictly prohibited."

Q. But you had been told by Christina Ridge at least at one point that the company strictly prohibits working off the clock, hadn't you?

A. Oh, yes.

Q. All right. And then, look down at the number two in the very last paragraph.

It says, "I acknowledge that I must take scheduled breaks"; correct?

A. Yes.

Q. I understand that you didn't read this. But you told me a few minutes ago you did understand that you were supposed to stick to your break schedule?

A. Yes.

Q. All right. So going to the definition of what

constitutes off the clock work, did you have a question as to whether, if you were loading your -- if you were loading your ACSR and AAD prior to clocking in, did you consider that working off the clock?

A. I didn't. However, according to what I've been told earlier --

Q. By Aaron?

A. -- by Aaron, I felt that the company did not see it that way as in, i.e., time working.

Q. And I understand what you're saying about Aaron.

Did you ever see anything in writing that suggested that what Aaron was telling you was correct; that you were required to load up other programs before clocking in?

A. Not anything in writing in legalize. However, the coaching and counseling, counseling sessions that I would have on a weekly schedule that would pull up my productivity and go through -- you know, they had, you know, down to seconds and minutes of why I was in each aux code.

So again, that kind of corroborates the unspoken that you can't come in and go into -- and stay in Unready until your system logs -- until both systems clock on.

A. No.

Q. And do you see -- let's see. Looking here, one, two, three, four, five, six. Do you see seven lines down where it starts, "Appreciate"? Do you see where it says that?

A. Yes.

Q. All right. She says to you, "Appreciate you wanting to be early and ready to go at your scheduled start of shift, however, not when you are not being paid."

Did I read that correctly?

A. Yes, you did.

Q. She is specifically telling you there that you can't work off the clock; right?

A. Yes.

Q. And she's specifically telling you that the things that you do to get ready for your shift, to get ready to take calls, she wants you to be paid for those; correct?

MR. MORPHEW: Objection. Calls for speculation.

THE WITNESS: I -- that's what's in writing, yes.

BY MR. OZMER:

Q. And that is -- that's consistent with the

policy we saw in Exhibit 9 that says working off the clock is strictly prohibited.

What Ms. Ridge is telling you in this document is consistent with the strict prohibition on off-the-clock work, isn't it?

A. Yes.

Q. In the next sentence, she says, "Employees, if they want to arrive before their scheduled start of shift, may utilize Chronos manual timestamp up to five minutes before their schedule start of shift to load tools."

Did I read that correctly?

A. Yes.

Q. All right. So what Ms. Ridge is saying is that if you want to load your tools before your shift and before taking calls, you can come in, go to Chronos, and clock in on Chronos and then load your tools while you're on the clock; correct?

A. That's what it says in this writing, yes.

Q. And did you ever do that?

A. Yes.

Q. And if you followed that instruction, then you're -- when you would be loading tools, you would be on the clock; is that correct?

A. Yes.

Q. All right. And she tells you in the last sentence, "Your cooperation and compliance with this and other TWC policy is required. Thanks."

Did I read that correctly?

A. Yes.

Q. And she was telling you it was -- that this was not optional; that it was not up to you whether you wanted to work off the clock.

You were not allowed to work off the clock; correct?

A. Yes.

Q. And you understood -- that's what you understood this coaching to be about?

A. Yes.

Q. And then if you turn to the next page, this is where you entered comments?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. All right. And you say, "I was told by Christina to get off the floor at about 7:00 o'clock. I had my tools pulled up, but it was on a non-work website." Is that correct?

A. Yes.

Q. So and this would have been when your shift

started at 8:00 o'clock?

A. Yes.

Q. So you would have come in very early this day?

A. Again, I don't like traffic.

Q. Don't blame you.

And you would have -- you had loaded up your tools. And then you were on -- you surf on the web doing something else; correct?

A. Correct.

Q. And you say in the next sentence, "She told me that she had told me repeatedly told me not to work off the clock, and that I should not be at my work desk until five minutes before my shift."

Did I read that correctly?

A. Yes. She told me that she has reportedly -- repeatedly told me not to work off the clock. So . . .

Q. Right. Well, and I think earlier when I asked you if she had repeatedly told you that, you said she had, hadn't you?

MR. MORPHEW: Objection. Misstates the testimony.

THE WITNESS: It was not all in the same manner. Again, it would be alluded to in different ways; that you can't be on the -- you can't be sitting here surfing a non-work website. You can't do this. So

it wasn't ever directly like this document.

BY MR. OZMER:

Q. Was this the first time that she ever told you that you were not allowed to work off the clock?

A. Again, working off the clock is an issue that is not well-defined.

Q. Okay. Let me ask it another way, and this may short-circuit this.

You're not saying that this is the first time that she ever said words to you that suggested that you should not be working off the clock?

A. She did not want me on the floor, period.

Q. Before your shift started?

A. Before my shift started.

Q. Right. And if you weren't -- if you couldn't be on the floor before your shift started, you wouldn't be able to work off the clock because you wouldn't have access to your computer; is that correct?

A. That would be correct, yes.

Q. Okay. Then you say, "Later, during the day, during another conversation, she elaborated that I should not be at my desk until five minutes until my start time and am allowed to log in via Chronos while my computer programs load." Correct?

A. Uh-huh.

Q. And that's consistent -- yes? I'm sorry.

A. Yes.

Q. And that's consist with what she said in her counseling where she is explaining to you, if you want to be early, here's how to do it. Clock in through Chronos and then you load your programs; is that right?

A. Yes.

Q. And the reason to clock in manually through Chronos rather than just load Avaya first would be so that you didn't -- so that it wouldn't hurt your productivity; that you didn't have --

A. Yes.

Q. -- Avaya Non Ready time?

A. Yes.

Q. All right. So that was by doing the manual timestamp instead of just clocking into Avaya first, it would help your productivity; is that correct?

A. Uh-huh.

Q. Yes?

A. Yes.

Q. All right. And then you say -- she said, "I let" -- you said, "I let her know that I enjoy arriving to work early for multiple reasons and like to prepare my work area, prepare my mind, and prepare my tools for work, to be in a calm and positive mindset before I

start taking calls."

A. Yes.

Q. And that was true?

A. Oh, absolutely.

Q. And then you say that she told you, in quote, "I was told that I would need to stay off the floor no matter the situation until five minutes before my shift start time."

A. Yes.

Q. She did tell you that; right?

A. Yes.

Q. All right. And then you say, "I just want to know, whoever reads this, that I have been told the opposite about logging in through Chronos; being told that the only way we can clock in through Avaya unless there are mitigating circumstances, and hope that if I do clock in through Chronos, that I will not be reprimanded."

Did I read that correctly?

A. Yes.

Q. And who told you that you should not clock in through Chronos?

A. I have been told that by many different people, whether it be leads, Aaron Powell, Jerry Alfaro.

You need a specific ticket number and IT number

A. Yeah. I just had hair.

Q. Okay. All right. So and once the computer was changed out, you then -- you believe at that time you complied with her instruction to stay off the floor and not work off the clock?

A. I would say most likely, yes.

Q. And when -- before the computer was changed out, did you ever take her up on her suggestion to come in five minutes early and use Chronos to clock in and then load your programs?

A. I believe this all happened very quickly right around the same time of this notation.

Q. Okay. So you think shortly after the coaching on April 9th was when your computer got fixed?

A. I think that it had been brought to the point of a head because it was pretty tense that --

Q. Okay.

A. -- they brought in somebody to finally replace the computer. I believe so. It was either that or that I was put on a different team. I don't know exactly which came first.

Q. Did you request to be moved off Mrs. Ridge's -- Ms. Ridge's team?

A. No. It was a schedule bid, a shift bid.

Q. Gotcha. Was that when you moved to the

A. No. I think they were managers or supervisors.
Q. Okay. Well, it says, "Greetings." What she says here is, "Greetings, Team. Below is a reminder from our manager, Ron Collazo, about taking breaks and lunches away from your desk and off the floor."
Did I read that correctly?
A. Uh-huh.
Q. Yes?
A. Uh-huh, yes.
Q. And then she says, "Additionally, no working off the clock," exclamation point; is that right?
A. Yes.
Q. All right. And she used an exclamation point there to emphasize no working off the clock; right?
A. Yes.
MR. MORPHEW: Objection. Calls for speculation.
THE WITNESS: Oh.
BY MR. OZMER:
Q. And then she says, "Who would want to work and not get paid for that time anyway," question mark, exclamation point.
Did I read that correctly?
A. Yes.
Q. And then I won't read the next question

verbatim.

But she repeats in this e-mail to what she called her team, her instruction that it's okay to use Chronos five minutes to clock in, five minutes before the start of your shift, if you want to get your tools up that way; is that correct?

A. Yes.

Q. And again, if you followed this suggestion, then when you brought your tools up, you would be doing that while you were on the clock and being paid for your time; is that correct?

A. Yes.

Q. And then she says, "Not to worry if you don't show up early. We don't require it," exclamation point. Is that correct?

A. Yes.

Q. All right. Was there any requirement that you ever saw that people show up early?

A. It had been discussed in meetings about what constitutes being on time.

Q. Well, let's look at the next sentence.

"Just make sure that you log into Avaya at your scheduled start of shift, launch AAD and immediately begin taking calls. You can load additional tools as you go."

between.

Q. Okay. But it did happen sometimes?

A. When it happened, it was on the 5:45 shift. It would be a miracle if that happened at the 8:00 o'clock shift.

Q. But so -- would you agree with me that she's providing two options here to start the shift and get paid for all of your time: One, the Chronos option; and, two, the load calls as you go?

A. I guess, after almost being there two years, I guess the second option was given.

Q. Okay. And the Chronos option she also gave you and the people in this e-mail; right?

A. Yes. Again, when you load into Chronos, you are required to document with a conversation of why you're loading it that way.

Q. Well, and you see below there's an e-mail from Ronald Collazo?

A. Uh-huh.

Q. And who -- yes?

A. Yes.

Q. Who was Mr. Collazo?

A. He is -- was Christina's direct manager.

Q. Okay. So he managed several supervisors?

A. Yes.

Q. Do you know how many supervisors he managed?
A. No.
Q. And he says, on April 1st, 2016, "Agents are not" -- let me direct you down to where I'm talking about.
Do you see -- looking at his e-mail on the first page, look at the second sentence where it says -- starts with "Also." Do you see that?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. And he says, "Also, please make sure your agents are not using time off the clock, prior to their shifts, loading tools."
Did I read that correctly?
A. Yes.
Q. And that's the same thing that Ms. Christina Ridge told you as well; is that correct?
A. Yes.
Q. And then he says in the second sentence of the second paragraph, "Our policies have been in place for over a decade."
Did I read that clause correctly?
A. Yes.
Q. And do you understand him to be saying that

this off-the-clock policy has been in place for over ten years?

A. I understand that that's what he's putting on paper, yes.

Q. All right. And you never saw anything on paper that gave you permission to work off the clock, did you?

A. No.

Q. And you never saw anything on paper that gave you permission to load tools before you were clocked in, did you?

A. Not in explicit legalese.

MR. OZMER: All right. Why don't -- why don't we go ahead and take a break. We've been going about an hour. I need one. And you probably need one.

THE WITNESS: I do.

THE VIDEOGRAPHER: We're off record at 1:27 p.m.

(Recess)

THE VIDEOGRAPHER: We are back on record at 1:38 p.m.

BY MR. OZMER:

Q. Okay. We were looking at some exhibits previously where Ms. Ridge had advised you and other folks that they could use Chronos to clock in and load their programs while they were clocked in on Chronos;

correct?

A. Yes.

Q. After Ms. Ridge advised you to do that, were you ever reprimanded for using Chronos to clock in?

A. No.

MR. OZMER: Okay. Let's mark this as the next exhibit.

(Exhibit 12 marked)

BY MR. OZMER:

Q. This one I know you haven't seen before because it's an e-mail among counsel. But it does have some writing about what we understood your routine to be. And I want to see if I can confirm this.

Ben Travis was an attorney who was representing you; is that correct?

A. Yes.

Q. All right. And I will tell you that Paul Sherman is an attorney who works with me at my law firm who represents Time Warner Cable Administration, just so you can understand who it's to.

And you can see that I'm also copied on it as is Scott Carr; right? Do you that see in the cc line?

A. Yes.

Q. And it says, "Subject: Regarding Hueneberg versus TWC."

Q. Were there ever days when you had more than one call that was 30 minutes long?

A. I would say yes.

Q. Okay. Not often, though?

A. Not often where there would be two, two in one day. But again, having a 30-minute call is not out of the ordinary.

Q. Okay. When you were on the 5:45 shift, would your lunch typically be scheduled around 10:15 or so?

A. I don't recall exactly when it was scheduled.

Q. Did you ever feel like, when you were working that shift, that when your lunch did come up, it was just too early for lunch because it was really still breakfast time?

A. No.

Q. Have you -- did you ever know of any CSRs that, regardless of what shift they were working, would delay their lunch intentionally for one reason or another?

Either they wanted to eat -- had somebody else they wanted to eat with, talk to at lunch, had a phone call that they had to make at a certain time? Does that ever happen, as far as you know?

MR. MORPHEW: Objection. Speculation. Compound.

THE WITNESS: Yes. I know of people doing

that, yes.

BY MR. OZMER:

Q. Okay. What are some of the reasons that people would intentionally delay their lunch that you're aware of?

A. Wanting to go on lunch with specific people so they have friends or whatever. I don't -- you know, I don't know their personal insights to their head.

But the ones that I know of were just other people wanting to be with certain people.

Q. Okay. And when -- those folks might delay their lunch intentionally beyond five hours because they wanted to go to lunch with somebody else.

Is that what you're saying?

A. Possibly.

Q. Okay. And if that was the case, they would have -- they'd have an opportunity to take the lunch earlier. They just would not take advantage of that opportunity because they had sort of a different agenda for themselves?

A. Yes.

Q. Al right. Did you ever do that for a medical call or any reason? Did you ever intentionally delay lunch?

A. No.

you into like side coaching.

Q. Okay. All right. And, you know, we can -- if we look at your time records, we can see certain timeframes where you took your first meal after five hours; right?

A. Yes.

Q. Is there any way for you to tell us on any of those particular occasions exactly what happened on that date?

A. No.

Q. You don't -- you can't say why? You can't say why the meal was late; correct?

A. You would have to pull up that call and listen to the call.

Q. Right. Or -- but just looking at the time records, there's no way to tell why a call was late?

A. No.

Q. Is there any records we could look at -- excuse me -- not why a call was late, but why a lunch was late.

There's no way to tell that just from the time records?

A. No.

Q. Is there any records that you're aware of that we could look at that would tell us why a lunch was late, a reason, a specific reason, you know, on

May 25th, you took lunch at five hours and 20 minutes for this reason? Is there any records that would show us that?

A. It would have to be in the segments if like a meeting was scheduled. But as far as calls --

Q. Uh-huh.

A. -- no.

Q. Okay.

A. Not that I know of, I should say.

Q. Let me -- look back at 13, Exhibit 13. If you look on the third page, the date of April 15, it says, "Did not time but lunch violation. Lunch is at 1:30, five hours at 1:00 o'clock."

Do you know what that's referring to?

A. That is most likely a note to myself to remind myself that I was stuck on a call.

Q. Okay. But you're spec- -- you don't know. You're -- you can tell -- this note, you're documenting that you had a late lunch.

But it doesn't say why it was late; correct?

A. Yes.

Q. And you don't remember why it was late?

A. It would either have to have been a meeting or a call.

Q. Right. But you're guessing that based on what

your general experience was.

But for that particular date, you can't say for sure why it was late. Am I -- is that fair?

A. That's fair.

Q. Okay. Have you ever seen anything in writing that said it was okay to delay your break, your lunch break, beyond a fifth hour?

A. No.

Q. Did anyone ever tell you that you should delay your lunch break beyond a fifth hour?

A. They did not say delay your lunch break beyond a fifth hour. However, when asking to get off of a call because I'm approaching five hours, you know, if I could transfer the call, I was told no.

Q. How many times did you ask to transfer a call because you were approaching the fifth hour?

A. I do not recall.

Q. Okay. Could those occasions where you asked to transfer a call but were not allowed or not able to, could those be occasions that we looked at earlier where you got paid a meal break penalty?

MR. MORPHEW. Objection. Calls for speculation.

BY MR. OZMER:

Q. You don't know one way or the other?

CERTIFICATE

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [] was [] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: June 4, 2017

Barbara A. Baker

BARBARA A. BAKER, RPR, CSR No. 13033

# EXHIBIT 6

EXHIBIT 6 - PAGE 122

**From:** Ridge, Christina
**Sent:** Saturday, May 23, 2015 10:12 AM
**To:** Hueneberg, Jessica <jessica.hueneberg@twcable.com>
**Cc:** Ridge, Christina <christina.ridge@twcable.com>
**Subject:** FW: Agent Status - Jessica Hueneberg - Personal/Break

Is everything ok Jessica?

Kindest Regards,

Christina Ridge
Supervisor, Customer Care
Tues - Sat, 7am - 4pm
Cell: 858.652.2025

Time Warner Cable

**From:** Kingsbury, Kelly
**Sent:** Saturday, May 23, 2015 9:52 AM
**To:** Ridge, Christina
**Cc:** sdg.opsdesk; Almirol, Eric; Manasir, Isoud
**Subject:** Agent Status - Jessica Hueneberg - Personal/Break

Agent sat in Personal for 15 minutes, immediately followed by break. Was earlier in Outbound Aux, but not on an outbound call, for approximately 15 minutes.

EXHIBIT 4
Deponent Hueneberg
Date 5-17-17
WWW.DEPOBOOK.COM

**Employee**

| | |
|---|---|
| Name: | Hueneberg, Jessica |
| Emp. ID: | E208969 |
| Emp. Group: | Spr_RidgeChristina |

**ACD ID**

| | |
|---|---|
| ID: | 1873596 |
| Instance: | PACIFIC |
| Group: | |
| Position: | No Data |

**ACD State**

| | | |
|---|---|---|
| Current: | AUX1 | 05:16 |
| Previous: | AUX9 | 15:37 |

**Status**

| | | |
|---|---|---|
| Activity Alarm: | Break | 05:16 |
| Schedule Alarm: | SOU | 20:53 |
| Last Sign In: | 5/23 | 08:44:49 |
| Last Sign Out: | 5/23 | 09:29:31 |

**Timeline Segments**

| | | |
|---|---|---|
| Previous: | Unsched. | 17:00 05/22-8:00 05/23 |
| Current: | Work | 8:00 05/23-10:00 05/23 |
| Next: | Break1 | 10:00 05/23-10:15 05/23 |

**Schedule Entries**

Derived Shifts:

8:00 05/23 - 17:00 05/23 (05/23/15)

Segments:

| Code | Start | Stop | Nominal D... |
|---|---|---|---|
| SCA_C... | 8:00 05/23 | 17:00 05/23 | 05/23/15 |
| SHIFT | 8:00 05/23 | 17:00 05/23 | 05/23/15 |
| Break1 | 10:00 05/23 | 10:15 05/23 | 05/23/15 |
| Lunch | 12:30 05/23 | 13:30 05/23 | 05/23/15 |
| Break2 | 15:15 05/23 | 15:30 05/23 | 05/23/15 |

Respectfully,

James Kingsbury | Resource Management Specialist | Time Warner Cable
San Diego | Mon-Tue & Thur-Sat 7AM – 4PM, Sun/Wed Off

This E-mail and any of its attachments may contain Time Warner Cable proprietary information, which is privileged, confidential, or subject to copyright belonging to Time Warner Cable. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.

# EXHIBIT 7

EXHIBIT 7 - PAGE 125

**From:** Hueneberg, Jessica
**Sent:** Thursday, April 16, 2015 1:00 PM
**To:** Ridge, Christina <christina.ridge@twcable.com>
**Subject:** RE: Schedule Adherence

Sorry. I had thought my lunch was at 12 since I started this shift

Thank You,

Jessica Hueneberg

Customer Care Agent F7A

---

**From:** Ridge, Christina
**Sent:** Thursday, April 16, 2015 12:37 PM
**To:** Hueneberg, Jessica
**Cc:** Ridge, Christina
**Subject:** Schedule Adherence

Greetings Jessica,

Please be sure to follow your schedule as posted in ewfm as closely as possible as goal is 89%.

EXHIBIT 6
Deponent Hueneberg
Date 5-17-17 Rptr SAB
WWW.DEPOBOOK.COM



Kindest Regards,

Christina Ridge
Supervisor, Customer Care
Tues – Sat, 7am – 4pm

Cell: 858.652.2025

Time Warner Cable

---

This E-mail and any of its attachments may contain Time Warner Cable proprietary information, which is privileged, confidential, or subject to copyright belonging to Time Warner Cable. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout.

# EXHIBIT 8

EXHIBIT 8 - PAGE 128

**TWC Administration LLC**
60 Columbus Circle
New York, NY 10023

| Pay Group: | AMB-San Diego Hourly Bi Weekly | Business Unit: | DB73A |
|---|---|---|---|
| Pay Begin Date: | 09/12/2014 | Advice #: | 000000020732603 |
| Pay End Date: | 09/25/2014 | Advice Date: | 10/02/2014 |

**Jessica J Hueneberg**
10540 La Morada Dr
San Diego, CA 92124-1014

**Employee ID: 1200916**
Department: 002-Customer Service
Location: 10450 Pacific Center Ct
Pay Rate: $12.000000 Hourly

| TAX DATA: | Federal | CA State |
|---|---|---|
| Marital Status: | Married | Married |
| Allowances: | 0 | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

**HOURS AND EARNINGS**

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Reg-Hrly | 12.000000 | 80.00 | 960.00 | | |
| Ot-Hrly | 18.000000 | 4.00 | 72.00 | | |
| Life Imp | | | 0.92 | | |
| Meal Pnlty | 18.000000 | 1.00 | 18.00 | | |
| Sick-Hrly | | | 0.00 | | |
| Hol-Hrly | | | 0.00 | | |
| Grs Up Tax | | | 0.00 | | |
| LveWO-Hrly | | | 0.00 | | |
| Comm Supp | | | 0.00 | | |
| Emp Acct | | | 0.00 | | |
| Total: | | 85.00 | 1,050.00 | | |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 57.12 | |
| Fed MED/EE | 12.99 | |
| Fed OASDI/EE | 55.57 | |
| CA Withholdng | 10.00 | |
| CA SDI FTDI | 8.97 | |
| Total: | 144.65 | |

**BEFORE-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Dental Before-Tax | 0.85 | |
| FSA Health Care | 45.46 | |
| Medical Before-Tax | 104.45 | |
| Vision Before-Tax | 3.93 | |
| Total: | 154.69 | |

**AFTER-TAX DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| Dependent Life After-Tax | 0.48 | |
| Optional Emp Life After-Tax | 1.38 | |
| Opt Spouse Life After-Tax | 2.31 | |
| Total: | 4.17 | |

**OTHER BENEFITS**

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 1,050.00 | 896.23 | 144.65 | 158.86 | 746.49 |
| YTD: | | | | | |

**NET PAY DISTRIBUTION**

| | |
|---|---|
| Advice #000000020732603 | 746.49 |
| Total: | 746.49 |

**TWC Administration LLC**
60 Columbus Circle
New York, NY 10023

**Date**
**10/02/2014**

**Advice No.**
**20732603**

**Deposit Amount:** $746.49

**DIRECT DEPOSIT DISTRIBUTION**

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | xxxxxx5496 | 746.49 |
| Total: | | 746.49 |

**To The Account(s) Of**

Acct: 1806-31-150-0000-SH30 **HOME**
**JESSICA J HUENEBERG**
10540 La Morada Dr
San Diego, CA 92124-1014

**NON-NEGOTIA**

TWC000129