J. Scott Carr (SBN 136706)
scarr@kcozlaw.com
Joseph W. Ozmer II (SBN 316203)
jozmer@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
333 S. Grand Avenue, Suite 2225
Los Angeles, CA 90071
Telephone: (213) 493-3980
Facsimile: (404) 400-7333

Attorneys for Defendant
TWC Administration LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE GIBBS, an individual, MATTHEW LUTACK, an individual, BRENT QUICK, an individual, and JESSICA HUENEBERG, an individual, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive Defendants. | CASE NO.: 3:17-cv-01513-DMS-AGS<br><br>Hon. Dana M. Sabraw<br><br>**DECLARATION OF TASSA KING IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO MOTION FOR CLASS CERTIFICATION**<br><br>[*Notice of Motion and Motion for Summary Judgment; Memorandum in Support; Separate Statement of Uncontroverted Facts and Conclusions of Law; Appendix of Evidence; Opposition to Class Certification; Declaration of J. Scott Carr; and Appendix of Agent Declarations filed concurrently herewith*] |

DECLARATION ISO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Tassa King, declare as follows:

1. I am currently a Director of Human Resources for Charter Communications. Prior to December 2016, I worked in the same role for TWC Administration LLC ("TWC"). In those roles, I had responsibility for, among other things, overseeing various human resources operations for Customer Service Representatives and Leads ("agents") employed by TWC and Charter. As such, I have substantial experience regarding and knowledge of the matters set forth herein. If called and sworn as a witness, I could and would competently testify thereto.

2. Prior to December 2016, TWC employed agents in call centers located in San Diego and Ontario, California. Since then, Charter Communications, LLC ("Charter") has employed agents in those locations.

3. From at least 2013 to the present, agents have used a soft phone system called Avaya. When an agent logs on to their computer at the start of his or her shift, Avaya loads automatically, presenting the agent with a log-in screen so he/she can immediately log in. The Avaya system is connected to our timekeeping system, Kronos, such that when an agent logs in to the Avaya phone system, he or she is simultaneously clocked into Kronos and on the clock. To load programs without first clocking in, an agent would have to intentionally avoid the automatically-generated Avaya log in window.

4. TWC's attendance policy stated: "[e]mployees are expected to report to work promptly as scheduled and to be at their workstations on time." Charter's attendance policy similarly states that agents are expected to "begin work at [their] designated start time."

5. TWC and Charter have not and do not require any of their agents to report to work early. They are merely required to log in to Avaya at the scheduled start of their shift, which automatically clocks them in to the timekeeping system, Kronos.

6. TWC and Charter have not and do not prohibit agents from loading additional programs on the clock while taking calls.

7. Charter's policy also provides agents a five-minute window at the start of their shifts, after clocking in, to load programs.

8. TWC and Charter required and still require all agents, including Plaintiffs in the above-captioned matter, to record all of their time worked completely and accurately. The written policies also expressly and strictly prohibited Plaintiffs and other employees from working off-the-clock. In fact, TWC's written policies provide that "[w]orking off the clock is strictly prohibited." Charter's written policies similarly provide that "[h]ourly workers may not, under any circumstances, work 'off the clock'."

9. At the end of their shifts, Plaintiffs and other agents were (and are) expected and instructed to clock out as their very last activity of the day.

10. TWC and Charter instructed and still instruct agents to restart their computers at the end of their shifts. As a result, their computers were typically already powered-on when they arrived at the start of their shifts.

11. TWC's and Charter's policies and training further provided and still provide that agents are: (1) not permitted to load or close programs off the clock; and (2) allowed to load programs while taking calls.

12. TWC and Charter provided and still provide a means for Plaintiffs and other agents to be paid for any work they performed when not clocked into the timekeeping system. To accomplish this objective, TWC and Charter require their agents to request timecard corrections in writing from their supervisors to ensure payment for any unrecorded time.

13. To facilitate timely breaks, TWC and Charter required and still require agents to enter the "break" or "lunch" auxiliary code ("AUX code") into the Avaya phone system as their scheduled break is approaching, which prevents further calls from coming to that agent so that he/she can take his/her break immediately after the current call ends.

14. To further facilitate timely breaks, or the payment of the appropriate premium absent the opportunity for a timely break, TWC and Charter required and still

2
DECLARATION ISO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

require agents to inform their supervisor (or other management) if they cannot adhere to their scheduled meal and rest break times.

15. From at least 2013 to the present, TWC and then Charter staggered and still stagger agents' meal and rest break schedules to ensure adequate coverage of the phones, so agents can take their breaks as scheduled.

16. During the time period during which Plaintiffs were employed by TWC, TWC's timekeeping system automatically added the meal penalty if an agent did not clock out for lunch by the end of their fifth hour of work, with supervisors having the authority to remove such penalties *only* upon confirmation that the agent in fact had the opportunity for a timely break, but chose to take it later. Charter's timekeeping system similarly automatically flags any missed or late meal periods, and supervisors are required to investigate all such incidents and add a missed meal break premium if appropriate (i.e., if the agent did not have the opportunity to take a timely meal break due to work demands).

17. Agent performance standards have always taken into account the time that agents would spend loading programs while on the clock, and as such, their performance metrics do not suffer as a result of loading programs while on the clock.

18. Agents were and are evaluated, in part, on their average call handle time, and agents usually take at least 40-50 calls per 8-hour shift. Any slight delay caused by loading programs during the agent's first call of the day would not have a significant impact on that performance metric.

19. Records of disciplinary actions for agents were and are contained in those employees' personnel files. I have personally reviewed Plaintiffs' personnel files, and they do not contain any records indicating any Plaintiffs were disciplined for clocking in early to load programs or for loading programs while taking calls on the clock. In fact, to my knowledge, no agent has ever been disciplined for these reasons.

20. A true and correct copy of an email from San Diego supervisor, Christina Ridge, sent on April 21, 2016 to her team members, which also forwarded an email from call center manager, Ronald Collazo, is attached hereto as Exhibit 1.

21. On or around September 1, 2017, Charter distributed a copy of its "Soft Phone Login/Logout Process" to all current agents in California. A true and correct copy of that document is attached hereto as Exhibit 2. The document reemphasized the above-discussed policies and procedures that had already been in place in the call centers, including that agents: (1) must be clocked in through Avaya anytime they are working; (2) should not spend any time at their desks or perform any work until the start of their scheduled shifts; (3) should log into Avaya *first* before opening any other application; (4) have a 5-minute grace period to load programs at the beginning of their shifts after clocking in; (5) must take rest and meal breaks during each shift as scheduled and must notify their supervisors if they run into any issues taking those breaks as scheduled; (6) must, after completing all work for the day, close Avaya *last*, only after closing all other applications; and (7) should restart, not shut down, their computers at the end of their shifts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2019, at Ontario, California.

_____
TASSA KING

# EXHIBIT 1

EXHIBIT 1 - PAGE 5

From: Ridge, Christina
Sent: Thursday, April 21, 2016 9:32 AM
To: Amon, Robert <scott.amon@twcable.com>; Arroyo, Arturo <arturo.arroyo@twcable.com>; Burger, Jeny <jeny.burger@twcable.com>; Diaz, Martin <martin.diaz@twcable.com>; Fletcher, Gary <gary.fletcher@twcable.com>; Fortanas, Todd <todd.fortanas@twcable.com>; Gomez2, Carlos <carlos.gomez2@twcable.com>; Lowe, Tashenna <tashenna.lowe@twcable.com>; Ortiz, Elisha <elisha.ortiz@twcable.com>; Ridge, Christina <christina.ridge@twcable.com>; Riporti, Joseph <joseph.riporti@twcable.com>; Starks, Anthony <anthony.starks@twcable.com>; Tinsley, Brittannii <brittannii.tinsley@twcable.com>
Subject: FW: Important Policy Reminder
Importance: High

Greetings Team!

Below is a reminder from our manager Ron Collazo about taking breaks & lunches away from your desk and off of the floor.

Additionally, no working off the clock! (Who would want to work and not get paid for that time anyways?!) If you like to load your tools before your scheduled shift you are allowed to manually clock in using Kronos up to 5 minutes before your scheduled start of shift – keep in mind that once your scheduled shift starts you should log in to Avaya and immediately begin taking calls.

Not to worry if you don't show up early, we don't require it! Just make sure that you log in to Avaya at your scheduled start of shift, launch AAD & immediately begin taking calls - You can load additional tools as you go.

Thanks!
Christina

From: Collazo, Ronald
Sent: Friday, April 01, 2016 8:45 AM
Importance: High

Good Morning,


Please make sure your Agents/non-Exempt Employees are taking their lunch and breaks AWAY from their desks and OFF of the floor. Also, please make sure your Agents are NOT using time 'off of the clock' prior to their shift loading tools.

Both constitute 'working off of the clock" and are considered labor law violations. Our policies have been in place for over a decade and are intended to protect our Employees and TWC from inadvertent labor violations and potential workers comp injuries and lawsuits.

It's your duty as People Leaders to enforce these longstanding policies and encourage your Agents to enjoy their well-deserved downtime away from the call center floor. Please feel free to reach out to me and/or Human Resources with any related questions or concerns.

Thanks,

Ron Collazo | Manager, Customer Care | San Diego, CA
O: 858.805.7193 | E: Ronald.Collazo@twcable.com

From: Ridge, Christina
Sent: Saturday, April 02, 2016 2:19 PM
To: Arroyo, Arturo <arturo.arroyo@twcable.com>; Bunche, Taurein <taurein.bunche@twcable.com>; Cummings1, Kyle <kyle.cummings1@twcable.com>; Guel, Sueann <sueann.guel@twcable.com>; Hueneberg, Jessica <jessica.hueneberg@twcable.com>; Hurd, Mahlia <mahlia.hurd@twcable.com>; Joaquin, Christian <christian.joaquin@twcable.com>; John, Breana <breana.john@twcable.com>; Lamberth, Myjalie <myjalie.lamberth@twcable.com>; Luna, Lucia <lucia.luna@twcable.com>; May1, Michael <michael.may1@twcable.com>; Ridge, Christina <christina.ridge@twcable.com>; Schumaker, Nicole <nicole.schumaker@twcable.com>; Starks, Anthony <anthony.starks@twcable.com>
Subject: FW: Important Policy Reminder
Importance: High

Good Morning,

Please make sure your Agents are taking their lunch and breaks AWAY from their desks and off of the floor.

Thanks,

Ron Collazo | Manager, Customer Care | San Diego, CA
O: 858.805.7193 | E: Ronald.Collazo@twcable.com

# EXHIBIT 2

EXHIBIT 2 - PAGE 8



# Charter Communications

## CUSTOMER OPERATIONS
# Soft Phone Login/Logout Process
*Updated August 28, 2017*



## Purpose

This Process sets out the way to start and end your work day. **Follow this Process at all times.** Your adherence to this Process is important to making sure that you are paid accurately. You should also familiarize yourself with, and you are expected to follow, Charter's general Timekeeping Policy, found on *Panorama*.



## General Timekeeping Instructions

Charter is committed to paying you for all working time. Make sure that you are logged into the Avaya soft phone at all times that you are working. Also, **review your timecard in Kronos** at the end of each pay period, and let your supervisor know of any corrections. Never over-report or under-report your hours worked. No Charter employee or supervisor may direct or instruct an employee to under-report or over-report hours worked, nor instruct an employee to deviate from this Process.



## How To Use This Process

This Process is explained chronologically for your convenience. Each work day, you will begin your shift in the manner described under "Starting Your Work Day" (page 2) and finish your shift as described under "Ending Your Work Day" (page 3). Follow the steps in each section in the order in which they are listed.

# STARTING YOUR WORK DAY

- Unless you are called in early or on a day off, your work day begins at the start of your scheduled shift. Don't spend time at your desk or perform any work before the start of your scheduled shift.

- At the start of your scheduled shift, log into your computer (or Windows).

**Soft Phone Login**

- Right after you log into the computer and see your computer desktop, log into the Avaya soft phone.

- After you are logged into the Avaya soft phone, open and log into the billing system and any other systems or applications you need to take customer calls. Don't log into any systems or applications until after you have logged into Avaya using the soft phone.

- While the billing system and any other systems or applications are loading, stay in the default Auxiliary status in Avaya.

- Once the systems you need to take customer calls are loaded, use the soft phone to change your status to "Available".

**5-Minute Grace Period**

- You have a 5-minute grace period for schedule adherence and attendance at the start of your shift. This means that, while you are to begin taking calls as soon as your required systems are loaded, your schedule adherence metric will not be affected and you will not be considered late under the attendance guidelines, if you are available to take calls within five minutes after the start of your scheduled shift.

- You will see a LOGIN code in your Aspect schedule at the start of each shift. This code represents the five-minute grace period and time that may be needed to load all of your required systems. This five-minute period is excluded from the schedule adherence metric.

- If you are not available to take customer calls by the end of the five-minute grace period (e.g., by 8:05 a.m. if your shift begins at 8:00 a.m.) for any reason, such as a computer not being available, latency with the computer or any systems, or for any other reason, contact your supervisor to explain the reason for the late login and to request an adjustment to your schedule.

## DURING THE DAY

**Meal Period**

- You are expected to take a meal break during each shift. If you do not expect you will have the opportunity to take your meal break, you are required to contact your supervisor.

- At the start of your scheduled meal break, clock out by changing your status to "Lunch" in Avaya. Do not perform any work during your meal break. If you are handling a customer call at the start of your scheduled meal break, complete the call and then clock out by changing your status to "Lunch" using Avaya, and still take your regularly scheduled amount of meal break time.

- At the end of your meal break, clock in by changing your status to "Available" using Avaya before performing any work.

- If your meal break is interrupted by an emergency or other work, record the start of your working time (from when the interruption occurred) and notify your supervisor of additional working time that needs to be added to your timecard in Kronos.

## ENDING YOUR WORKDAY

**Avaya Log Off**

- After you complete your last call or work assignment of the day (whichever is later), **close all open applications and systems**, except for the soft phone (Avaya).

- Next, log off of the Avaya soft phone by selecting "**End of Shift**".

**Computer Log Off**

- Restart your computer. Do not "shut down" or power down the computer at the end of the day. Leave the computer on overnight to allow for software updates.