1  J. Scott Carr (SBN 136706)
   scarr@kcozlaw.com
2  Joseph W. Ozmer II (SBN 316203)
   jozmer@kcozlaw.com
3  KABAT CHAPMAN & OZMER LLP
   333 S. Grand Avenue, Suite 2225
4  Los Angeles, CA 90071
   Telephone: (213) 493-3980
5  Facsimile: (404) 400-7333

6  Attorneys for Defendant
7  TWC Administration LLC

8  David R. Markham (SBN 71814)
   dmarkham@markham-law.com
9  Maggie K. Realin (SBN 263639)
   mrealin@markham-law.com
10 Lisa Brevard (SBN 323391)
   lbrevard@markham.law.com
11 THE MARKHAM LAW FIRM
   750 B Street, Suite 1950
12 San Diego, CA 92101
   Tel.: 619.399.3995; Fax: 619.615.2067

13

14 Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURENCE GIBBS, an individual, MATTHEW LUTACK, an individual, BRENT QUICK, an individual, and JESSICA HUENEBERG, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 3:17-cv-01513-DMS-AGS<br><br>Hon. Dana M. Sabraw<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF PAGA SETTLEMENT**<br><br>[*Memorandum of Points and Authorities and Declaration of David R. Markham filed concurrently herewith*] |

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the Parties hereby move for approval of the PAGA settlement of the PAGA claim in this action. This motion is made on the grounds that the PAGA settlement was negotiated by the parties at arm's length. Further, the penalties secured by the settlement represent a fair compromise of Plaintiffs' PAGA claims in view of the risks of continued litigation and the vigorously contested issues of law and fact relating to the PAGA claims. The Settlement accomplishes PAGA's objectives because it augments the state's enforcement capabilities, encourages compliance with Labor Code provisions, and deters noncompliance with California's labor law, while also ensuring that the penalties are not "unjust, arbitrary and oppressive, or confiscatory." Cal. Lab. Code § 2699(e)(2); *Iskanian v. CLS Transp. Los Angeles, LLC*, 59 Cal. 4th 348, 384 (2014). The settlement is also in line with a plethora of other cases in this district and across the state where similar PAGA penalty amounts have been approved.

Based on the foregoing reasons, as more fully explained in the accompanying Memorandum of Points and Authorities, the Parties respectfully request that the Court approve the PAGA settlement.

This Motion is supported by the Memorandum of Points and Authorities and Declaration of David R, Markham, filed concurrently herewith.

Dated: November 13, 2020        KABAT CHAPMAN & OZMER LLP

                        By:    /s/ J. Scott Carr
                               J. SCOTT CARR
                               JOSEPH W. OZMER II
                               *Attorneys for Defendant TWC Administration LLC*

Dated: November 13, 2020        THE MARKHAM LAW FIRM

                        By:    /s/ Maggie Realin
                               *Attorneys for Plaintiffs*