# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE GIBBS, an individual, MATTHEW LUTACK, an individual, BRENT QUICK, an individual, and JESSICA HUENEBERG, an individual, on behalf of themselves and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>TWC ADMINISTRATION, LLC, a Delaware Limited Liability Company and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No. 3:17-cv-01513-DMS-AGS**<br>_____<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND DEFENDANT'S TIME TO PAY PAGA SETTLEMENT**<br><br>Complaint Filed:  20 April 2017<br>Removal:  26 July 2017 |

Having considered the Third Joint Motion to Extend Defendant's Time to Pay PAGA Settlement, IT IS HEREBY ORDERED as follows:

The deadline for Defendant to pay the PAGA settlement is extended up to and including March 5, 2021.

Case No. 17cv01513

ORDER GRANTING MOTION

The deadline to submit a declaration regarding the status of the uncashed settlement checks is extended up to and including July 14, 2021.

**IT IS SO ORDERED.**

DATED: February 4, 2021

Hon. Dana M. Sabraw
United States Chief District Judge

Case No. 17cv01513
ORDER GRANTING MOTION